Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)



# UNITED STATES DISTRICT COURT

for the

Central    District of    California

_____ Division

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 25 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IFP Submitted

| | |
|---|---|
| **TIN QUOC PHAN** | Case No. 8:23-cv-01609-DOC(ADSx) |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes   ☐ No |
| –v– | |
| **COUNTY OF ORANGE CHILDREN AND FAMILY SERVICES And Does 1-10** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Tin Quoc Phan |
| Address | 16537 Yucca Circle |
| | Fountain Valley, CA. 92708 |
| | *City*          *State*          *Zip Code* |
| County | Orange |
| Telephone Number | 657-572-8995 |
| E-Mail Address | MRTINQUOCPHAN@GMAIL.COM |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Phyllis Akwaja |
| Job or Title *(if known)* | Senior Social Worker |
| Address | 800 Eckhoff |
| | Orange Ca 92868 |
| | *City*          *State*          *Zip Code* |
| County | Orange |
| Telephone Number | 714-704-8000 |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Nellie Chico |
| Job or Title *(if known)* | Supervising Social Worker |
| Address | 800 Eckhoff |
| | Orange Ca 92868 |
| | *City*          *State*          *Zip Code* |
| County | ORANGE |
| Telephone Number | 714-704-8000 |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

    ❐ Individual capacity    ❐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

    ❐ Individual capacity    ❐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ❐  Federal officials (a *Bivens* claim)

    ☒  State or local officials (a § 1983 claim)

*This Agency Continues to prey on ALL of my children. I HAVE NEVER DONE ANYTHING WRONG. RECORDS will show THAT the Agency is TAKING my children because of THE ARBITRATION*

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*UNLAWFUL ENDING OF MY PARENTAL RIGHTS THIS AGENCY FRAUDULENTLY ENDED MY PARENTAL RIGHTS TO MY FIRST CHILD THAN TOOK MY 2nd child (NEWBORN) BECAUSE OF THEIR UNLAWFUL misconduct which must be*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*THE ARBITRATION AWARD IS THE REASON They HAVE GONE To Severe Lengths To FIND ME UNFIT Including using THE FRAUDULENT DIAGNOSES OF A Psycholyist*

*Biven Judicidial Notice*

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed.

The Defendants took my newborn child from my custody without just cause demanded I
participate in services without just cause and ended my parental rights with lies and utilizing
their previous acts of fraud which ended my parental rights and now reusing this as an
explanation to take any and all children that i have.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Fountain valley hospital

B.    What date and approximate time did the events giving rise to your claim(s) occur?

June 17 2023

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*

I have been a victim of fraud from the county of orange social services agency. I have all
the evidence tonshow this county works in collusion with the olive crest, the psychologist,
and im afraid the juvenile court itself to take my children from my care. The motive behind
These officials actions is due to their loss in an arbittation award which they did not abide
bybamd unlawfully rejected. To make themselves seem credible they had to make sure i
was deemed unfit or there would be no logical or legal reason for this county to disobey
the orders of arbitration. There has been a deep colluded effort to falsify my mental status
and make me seem as if im some induced unfit father. The actions of these officials are
truly horrifying. all of this is supported with prina facie evidence.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

With both of my children taken by the state and my parental rights stripped, I am grief stricken. The most troubling aspect of this entire ordeal is the erosion of law and order. Ive never in my life Experienced any kind of corruotion when it comes to our courts, our government, our police, or our Civil services. For the first time in my life Ive experienced lying and corruption in open and it is very Difficult to cone to terms with.  I just cannot believe these people have taken my parental rights and stolen my child from me and fabricated that I was an unfit father with no evidence to support it. And the courts actually accepted it all as true. I cannot believe the courts would allow a psychologist to diagnose me with 16 derogatory statements that have absolutely no trust in them and allow this psychologist to submit this diagnosis via text message conversation. I cannot believe the social services would even entertain these lies but also support them to wrest the custody of my children from my legitimate and good care.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The relief that I need is the relief my children need, they need their father and they need to be experience the real love of family and to have their biological parent whom is an exemplary father and has been a victim of fraud. Monetary compensatory damages to be determined at trial.  Punitive Damages to ensure this kind of fraud from civil servants is no longer allowed to permeate into society and it is immediately stopped.  Injunction relief for the restoration of my unlawfully loss of parental rights. There exists no evidence from the inception of my first child into this world and throughout all time to present day that Ive ever done anything but be the most dedicated and concerned father.  The fact that my parental right to both my children can be stripped without any evidence to show any wrongdoing is why this complaint must be receive proper judicial notice.  The orange county juvenile courts with regards to child custody operate on unethical standards.

BECAUSE OF THE FIRST MATTER WHICH HAS NOT been Resolved AS THE COUNTY REFUSES TO ADIDE BY THE ARBITRATORS ORDER. THE COUNTY HAS DONE EVERYTHING IN ITS POWER INCLUDING USING A psychologist to report that I AM Severely MENTALLY ILL AND INCAPABLE of Child CARE. THEY HAVE ALSO TAKEN my 20 CLEAN Drug Test And Put A DIRTY IN the Middle.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        9-25-2023

Signature of Plaintiff        *Tn QlR*

Printed Name of Plaintiff    TIN QUOC PHAN

### B.    For Attorneys

Date of signing:

Signature of Attorney        PRO-SE

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

MY child MIA pHAN MUSt RetuRN HomE
ANd MY NEWBoRN cHild MUSt be
retuRNed to ME AS I Am 100%
compKtent, HAVE A HomE, EmployEd,
ANd Am CleAN ANd SobER, I HAVE DoNE (NEWBoRN)
NoTHiNg WRoNG! THEY HAVE TAKEN MY cHiLD

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

AUG 2 5 2023

DAVID H. YAMASAKI, Clerk of the Court

BY_____,DEPUTY

Tin Phan
16537 Yucca Circle
(657)572-8994
Lel909056@gmail.com

# SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF ORANGE

**Tin Phan**,

        Plaintiff,

        vs.

**Martha Rogers**,

        Defendant

Case No.: 30-2023-01308194-CU-PN-WJC

**FIRST AMENDED COMPLAINT**

**Cause of Action:**

**Professional Negligence**

      The Defendant Martha Rogers violated the American Psychological Associations Ethics Code which must be followed. One who does not follow the Ethics Code can face actions such as reprimand, censure, termination of APA membership, and referral of the matter to other bodies. The American Psychological Association (APA) has detailed guidelines for conducting psychological assessments, as found in their Ethical Principles of Psychologists and Code of Conduct. Here are some key points:

1. Competence: Psychologists are expected to provide services in areas where they have established competence through education, training, or experience.
2. Informed Consent: A collaborative process allowing patients and healthcare providers to make decisions together, where the client must understand the nature of the assessment, the potential risks and benefits, and any alternatives that may be available. Legally, informed consent requires seven elements for it to be valid which are: 1. The individual is competent and can understand what they're consenting to. 2. The individual is making the decision voluntarily — i.e., no one is forcing them to do so. 3. The patient has received sufficient information

First Amended Complaint - 2

to make a decision. 4. A plan has been recommended to the individual. 5. The individual understands the terms being used in elements three and four. 6. The individual has decided on a treatment. 7. The treatment plan has been authorized. If any of these elements aren't met, informed consent has not been given. To get informed consent not only will you need to explain to the patient what they're agreeing to and make sure they understand it, but you'll also need to get a signed form. Plaintiff never provided informed consent nor signed any documents.

3. Misuse of Psychologists' Influence: Because psychologists' scientific and professional judgments and actions may affect the lives of others, they are alert to and guard against personal, financial, social, organizational, or political factors that might lead to misuse of their influence.

4. Test Interpretation: Psychologists must consider the individual's unique characteristics (like culture, background, age, and disability status) in interpreting test scores and making diagnoses.

5. Release of Test Data: The APA requires the consent of their client (or their representative) to the release of data.

While the APA does not explicitly state that a diagnosis cannot be made via text message, such a practice would be viewed as falling short of their standards for a thorough, comprehensive assessment. It's hard to see how a text-based assessment could meet all the requirements for competence, use of appropriate assessment instruments, and accurate test interpretation. Therefore, it would likely be considered inadequate or potentially unethical. Psychological assessments may include a variety of

First Amendment Complaint - 3

different measures, depending on the nature of the assessment. These might include

clinical interviews, behavioral observations, standardized psychological tests (like IQ

test, personality inventories or symptoms checklist), neuropsychological test, or health

measures; Plaintiff was not given any psychological assessment. The Goldwater Rule

prohibits psychiatrists or psychologists from offering diagnostic opinions on individuals

they have never examined.

As for a diagnosis resulting in the loss of parental rights, it's important to clarify that

psychologists typically don't make decisions about legal matters like custody. Instead,

their assessments might be used as one piece of evidence in a court case. However,

Martha Rogers in her "Attempted Psychological Assessment" which she published and

sent her report to the third parties of the Social Services agency and the Juvenile

Courts, which she understood would be used as a key determination in the Plaintiff's

competency trial, and her professional or expert testimony was a crucial part in the

courts ability to rationalize the ending of parental rights.

Defendant Martha Rogers diagnosis through text message conversations was

ethically negligent for the following reasons:

1. Lack of Nonverbal Cues: Text messages don't capture nonverbal communication
   such as facial expressions, body language, and tone of voice, which can provide
   vital information in a psychological assessment.

2. Misinterpretation: Without the context provided by in-person interactions, there's
   a higher risk of misinterpreting information in text messages.

First Amended Complaint - 4

3.  Privacy Concerns: Text messages could potentially be seen by others or be improperly stored or transmitted, leading to breaches in confidentiality.

4.  Limited Contextual Information: Text messages offer a narrow window into a person's life and circumstances, potentially resulting in inaccurate or incomplete assessments.

5.  Lack of Rapport: It might be harder to establish trust and rapport through text messages, which is a critical aspect of a therapeutic relationship.

6.  Tech Limitations: Depending on the patient's technological skills or access, they may not be able to effectively communicate their issues via text messages.

7.  Risk of Misuse

8.  Incomplete Assessment: The brevity of text messages might result in skipping important elements of a full psychological assessment.

9.  Ethical Considerations: Many professional bodies have guidelines requiring assessments to be conducted in certain ways that can't be achieved with text messaging.

Elements of Professional Negligence:

1.  Duty of Care: Defendant Martha Rogers was ordered to provide a 730 evaluation on Plaintiff and therefore a 'duty of care' was created by the courts and owed to the Plaintiff by the Defendant.

2.  Breach of Duty: Doctor Rogers in delivering an attempted psychological evaluation based solely upon text message clearly breached the standard duty of care in failing to obtain a thorough psychological compilation of factual

First Amended Complaint - 5

information such as personal examination and psychological testing. Further, her
three-page diagnosis of Plaintiff shows no evidence of anything she claimed by
the text message conversation she had with Plaintiff, and many of her derogatory
statements were verbatim statements of the social worker Andy Nguyen.

3. Causation: Due to Defendant's statements, such as the opening statement,
which she quoted verbatim from the social worker, that the presence of
developmental disabilities/psychiatric dysfunctions would interfere with childcare.
This statement alone could be the cause of Plaintiff's parental rights being lost
but her statements like being "severely mentally ill" or "distortions of reality could
be of delusional proportions" and "could kill if things don't go his way" all but
sealed his fate.

4. Damage: Clearly, the loss of Plaintiff's parental rights has a devastating effect on
his life in every way, shape, and form. Plaintiff has not had a single night of rest
with his daughter missing and the uncertainty of her wellbeing. This is unfair for
anyone to have to go through something like this, especially an innocent person.

In Exhibit A, the three-page document Defendant Martha Rogers self-titled as the
"Attempted Psychological Evaluation", the opening statement in this report is a word for
word verbatim for issues raised by the social worker of Exhibit E1. In Fact, it appears
the entire report is based behind the social workers check mark statements, verbatim,
word for word.

Exhibit A, the fourth paragraph, "extent of parents substance abuse and effect of
same on parental capacity" is word for word as the social workers check mark Exhibit
E1 section 2 third checkmark.

First Amended Complaint - 6

Exhibit A2 first paragraph "propensities for neglect or abuse by parents" is an exact
word for word checkmark from social worker on Exhibit E1 section 2 first checkmark.

Exhibit A2 second paragraph "Recommendation for placement/custody including
structure, treatment, and special needs:" is exact repeat of Exhibit E1 fourth checkmark.

Exhibit A2 third paragraph "Visitation recommendations for minor and parents/
siblings/ grandparents/ others include need for monitoring." This is an exact word
verbatim from the social workers 5th checkmark down.

Exhibit A2 fourth paragraph "Treatment recommendations for minor/mother/father
including type of therapy, frequency, and special needs" is verbatim of Exhibit E1 6th
checkmark down.


The colluded efforts of the the agency and this private psychologist's attempted
psychological evaluation are completely unison. One would have to assume the social
worker was the expert and Martha Rogers PhD affirms this social worker is exactly on
the money. These check marked statements used in the Defendants report as her own
holds no truth or accuracy, but were literally stamp in gold as the professional expert
opinion of this Doctor Martha Rogers who claims to owe no duty of care to the Plaintiff
in her recommendations. Yet her recommendations are the root support of the logic and
reasoning behind the court's decision to end my parental rights after visiting my child
twice a week for 15months. I would never dream of letting my poor child down by not
showing for her visit, therefore I never missed a visit ever. By showing this kind of
dedication from a father who has never committed a single act of wrongdoing, it would
appear very unusual for the county to recommend the ending of my parental rights and
the courts to agree with this. The doctor claims that she works for the courts and the

First Amended Complaint - 7

courts have stated that Plaintiff has failed to complete the reunification process and my participation was minimal or nonexistent.  But was this a falsified statement when my visitation was impeccable and I completed anger management, I completed parenting, I tested and passed 19 random test and for some very unusual reason it would appear as a test right smack in the middle of all those clean test one would appear dirty, and it was the one right before court. There was no way that the test was positive because I was not positive. Why would I take all those negative tests and then suddenly have one positive, especially knowing my child's life is on the line. But immediately after another 10 clean tests that were negative, the courts ended my parental rights. They also said I failed to complete the psychological evaluation by Doctor Rogers but in actuality the truth is I was not given an opportunity to.

Exhibit D1 shows my communications with Doctor Rogers via text message began on June 10, 2021.  Exhibit D1 shows only 7 days later the Doctor agreeing to provide the 730 Evaluation on June 16, 2021, and then telling Plaintiff on June 17, 2021 that the court had said it would not authorize the assessment and this was only 7 days after the courts ordered the evaluation.  The Doctor has stated she is paid by the courts and the courts apparently ordered a 730 Evaluation then refused to allow me to authorize it as the Doctor claims only 7 days later. Never was this Evaluation ever offered again and I was not allowed to get my own doctor that was not approved by the courts.  But the courts would later end my parental rights for not completing the 730 Evaluation.  It appears the courts also have an interest in my parental rights being stripped and if that is the case then there is no doubt that I would never have had my parental rights restored as I was doomed from the start.

First Amended Complaint - 8

This would show the courts are in collusion with the agency and the Defendant is apparently the expert that made everything legal and intelligent.  But what would be the purpose of this kind of collusion?

Exhibit C is the Arbitration of the alleged civil clause which the county through its tacit acquiesces of the contract and subsequent breach of the terms and conditions which caused estoppel void ab initio the matter.  My child was ordered returned to me and the County in attempting to defy the valid ruling and final award of the arbitration body needed to find a just cause to explain why it would not abide by the arbitrators final award and judgement as legally required.  The only explanation was to collude with the agency's to find the father unfit and with the evidence pointing only to this father's dedication.  There only choice was to deny the father the 730 evaluation as clearly shown in Exhibit D41 than rule the father failed to complete this evaluation and use the false, unsupported in evidence, repeat of the social workers claim, remarks of severe mental illness made by a morally corrupt psychologist in collusion with the agency. Prima facie evidence clearly shows that no evidence exists to show this father is "full of rage" or could "kill of things did not go his way". No evidence exists to show this father has "developmental disabilities that would interfere with parenting capacity". No evidence exists that show this father's natural "rapid pressured speech" is unnatural, unlawful, or so uncommon as reason to discriminate. No evidence exists to show this father was "unable to exercise appropriate judgement" or "his distortions of reality were of delusional proportions". No evidence exists to show this father as being "narcissistic" or "grandiose". No evidence exists to show this father committed any act of "domestic violence" or violence against any person, at any time, in all of history. No evidence exists to show this father being "severely mentally ill" or "in-amendable to therapy"

First Amended Complaint - 9

or in need of therapy. No evidence exists to show this father as being "controlling" or "paranoid" or of "over-estimating" or "misperceiving" his options. No evidence exists to show this father's actions are inconsistent, but only that of a concerned father, distraught over the fraudulent removal of his child and his natural plight to save her. The facts cannot be ignored, this father had never had a single documented incident of any wrongdoing, yet his child was removed from his care and his parental rights ended despite following the recommended case plan and never missing a visit with my child. The Defendant's recommendation clearly influenced this outcome.

The fraud involved with my case is overwhelming and truly eye-opening. Exhibit B shows the earnings report of the social worker Loretta Lopez which shows her earnings in 2020 at 118% higher than her constituents and almost double her base salary, at nearly a quarter of a million dollars. These bonuses are earned from the countless adoptions she performed for that year alone. The evidence speaks for itself and the motive for her actions is clearly driven by self-interest. Loretta Lopez earned $224,652.05 in 2020 with a base salary of $81,651.

Dated this 13th day of August 2023

Tin Phan

EXHIBIT A

Mia Victoria Phan

21DP0344

**730 Psychiatric Evaluation**

On June 11, 2021, SSW Lundy received a copy of the "Report of Attempted Psychological Evaluation" from Dr. Rogers via e-mail. The report indicated:

2  Presence of developmental disabilities/psychiatric dysfunctions which would interfere with parenting capacity: Two phone calls with the father revealed an individual exhibiting rapid and pressured speech, angry and labile affect, but without further information cannot be definitely diagnosed. Given the reports of past methamphetamine abuse, the father could be exhibiting meth intoxication, which can mimic mania or hypomanic state; or, he is suffering from a manic or hypomanic episode exacerbated with drugs or without drug use. Or he is in a substance-induced affective disorder NOS. He appears to be very controlling, very paranoid, and highly prone to accuse others and project blame on others. He appears to be somewhat grandiose and very narcissistic, overestimating and/or misperceiving his options. He has refused services offered. He is very paranoid about the juvenile court system, the social workers, his ex-spouse and her family, as well as this examiner. Even with explanations as to my role including its limitations, he was unable to accept the need for this evaluation or the ways in which it could potentially benefit his case and create a path to reunification. He constantly refers to filing lawsuits.
He could not differentiate the evaluator's role from that of the social workers or the court. I advised that I am court-appointed to advise the court, to provide input apart from social workers. I referred him to his attorney for further explanation about the process. My efforts to explain the process usually succeed with the majority of examinees and bring them to cooperate but in this case failed. On the phone, I was encouraging him to complete the process, and as the day wore on with texting between us, I was more confrontative, redirecting him to the effects of his decisions on Mia.

Based on the available information from court reports and directly from the father either in phone calls or text messaging, he appears to be unable to exercise appropriate judgment about the situation in which he finds himself, and I cannot rule out the possibility that his distortions about reality may be of delusional proportions.

3  Extent of parents' substance abuse and effect of same on parental capacity: From records, it appears he had a very long history of methamphetamine abuse but there have been no arrests since 2016. This would appear to suggest that recently he has functioned without drug use. The current case, however, has been very stressful, and I cannot rule out the possibility that he is using again. Records seem to indicate that he has failed to complete some required drug screenings. If he is using, he is at greater risk for exacerbating any underlying mental disorder, for further domestic violence, for exposing the minor to potentially traumatic situations such as arguments or shouting between other parties who are caring for this little girl. In such situations, the risk for physical harm cannot be ruled out. I do not think he would knowingly hurt her, as he does appear to love Mia very much. But she is too young to understand why the situation becomes unpredictable and chaotic in the presence of one or both parents, which is the worst kind of trauma for a young child.

EXHIBIT A2    "ATTEMPTED Psychological EVALUATION"

Mia Victoria Phan                                                                                              21DP0344

1  Propensities for abuse/neglect by the parents: Based on available records and what has transpired thus far, I would have to say that the risk for further problems has not been reduced or eliminated. As stated above, I don't think he would knowingly physically harm Mia, and he appears to be very concerned about her emotional status, yet he is unable to see his own role in perpetuating her distress.

4  Recommendation for placement/ custody of minor including structure, treatment, and special needs: Based on all the information presently available to me, leave the minor in her present placement.

5  Visitation recommendations for minor and parents/ siblings/ grandparents/others including need for monitoring:  If there is any disruption and failure to follow the procedures for a monitored visit, it should be immediately terminated. The father needs to be told the rules in advance and what the consequences will be if they are not followed. I recommend visits occurring at the Eckoff Center with law enforcement doing whatever screening is appropriate before visits.  Social workers have voiced their fear of this man.

6  Treatment recommendations for minor/mother/father including type of therapy, frequency, and special issues to be addressed:  The father does not appear to be amenable to any offer of intervention. Therapy would likely be ineffectual.

Additional Comments: Bearers of 'bad news' such as social workers or attorneys need to be careful with this father and see him in a monitored setting. He is extremely distraught and full of rage. Courtroom deputies should be on alert in the courtroom. If possible, alert deputies at the screening before people enter the courthouse building to check him carefully. If he feels he has lost – and in his mind it is for no reason -- I am uncertain of how much risk, he might pose in particular situations. When he is being deprived of the child in that moment, his narcissistic rage raises his risk for acting out. My past experiences in criminal law cases where children, ex-spouses, and family of ex-spouses have been killed inform my concern.

On June 17, 2021, SSW Lundy spoke with Dr. Rogers. She advised that after "A couple of rough days" in communication with the father, the father "seems to be falling in line." She stated he advised he would cooperate. She stated she would try again. She requested undersigned send her the Court reports.

On July 28, 2021, a Child and Family Team meeting occurred in person. The father agreed to contact 730 Evaluator Martha Rogers to engage in a 730 evaluation.

On August 2, 2021, SSW Lundy spoke with 730 evaluator Martha Rogers. She expressed that she would be willing to meet with the father again should he agree to comply. She requested that the undersigned send her a copy of the most recent Court report. She stated once she has those, she will assess whether or not to ask the Court for a reauthorization.

EXHiBiT A3

Mia Victoria Phan                                                                                    21DP0344

On September 1, 2021, SSW Lundy sent Dr. Rogers all of the most recent Court reports in order to assist in her determination regarding the evaluation.

On September 1, 2021, SSW Lundy received the following e-mail from Dr. Rogers:

He also agreed to meet with me before and then did not. Before I will ask the court to refund this case, I will require to see a modicum of cooperation, which I do not see in the documents you provided.

Based on what I am seeing clinically, this man does not appear to be able to make reasonable judgments for or in the best interest of Mia. If he wants to get on board, and go through the 730 process, the following need to be done.

1. He needs to actually keep one or more appointments with a therapist so that we have some evidence of cooperation on his part.
2. He will need to first sign HIPAA consent forms for his primary care physician, his neurologist, and his psychiatrist, if any, that would allow two-way communication between me and them. I particularly need the records related to his head injuries, including any MRIs or other brain scans. I have attached a form that should be completed with him for each provider, and then a copy of the signed releases to be sent to me.
3. I will then want to arrange to see him with Mia under his current supervised conditions, with a Vietnamese speaking worker or interpreter available in the process.
4. If Mia's aunt can speak and read/write in English, I need to observe the minor with her as well.

If you can get through steps 1 and 2 and send me the signed releases, then we can work on setting up an appointment where I see him with the child. I suspect he will balk and refuse on the releases, but with his behaviors, as I said in my first report, we are seeing obviously severe mental illness, and we just don't know what is driving it. Until we can get that far, it does not appear that he will benefit from reunification services. I really would be interested in evaluating this man and this child, but he has to know he doesn't get to drive the train. Thanks, Martha

On September 7, 2021, the father refused to sign the HIPPA consent form Dr. Rogers had requested to be signed by the father. The father was provided with the HIPPA form for him to further review it in detail and return a signed copy. The father has not signed the form at the time of writing this reported.

On January 05, 2022, there was a Child and Family Team meeting held to address the father's case plan. The father stated that he was not in agreement with signing the HIPPA forms. The father stated

*EXHIBIT E1*

Address
_____

City _____ State _____ Zip Code _____ Phone number _____

REASON FOR REFERRAL:
Briefly state reason minor came to the attention of the Juvenile Court (i.e. 300 allegation or 602 charges)
The minor came to the attention of the Juvenile Court under 300 (b) that the parents engaged in a
domestic violence incident, in which the altercation occurred in the presence of the child.

I.    Describe the primary reason for this referral as well as specific issues/concerns to be
      addressed regarding the minor and his/her family.

Mr. Phan has demonstrated mentally unstable, in which Mr. Phan consistently denied to participate in
services to reunite with his daughter.  He indicated that he is a good father; he does not do any thing;
his daughter was illegally removed from him.  Mr. Phan also showed up at the caregiver house on
numerous times without consent or prior notice and violated his visitation rights.

II.   Other issues to be addressed include (check all that apply):
_____The likelihood the minor will be physically abused by a parent or household member if returned
home.
_____The likelihood the minor will be sexually abused by a parent or household member if returned
home.
_x__ Propensities for abuse/neglect of the minor(s) by the parents.
_x__ Presence of developmental disabilities/psychiatric dysfunctions which would interfere with
parenting capacity.
_____Whether parent is suffering from mental disorder that renders them incapable of benefitting from
family reunification services within twelve (12) months.
_x__ Extent of parents' substance abuse and effect of same on parental capacity.
_____The likelihood the minor's behavior will be beyond control of the parents.
_____The likelihood the minor will adhere to the rules of Probation and Probation supervision.
_____Propensity of minor to reoffend.
_____Presence of developmental disabilities/psychiatric dysfunctions of minor.
_____Propensities for dangerous behaviors of minor.
_____Extent of minor's substance abuse and recommendation for intervention.

Other:_____
_____
_____

Report /Recommendations (Your report should include a discussion of items identified in Section I
and II as well as the following):
_x__ Recommendation for placement/custody of minor including structure, treatment, and special
needs.
_x__ Visitation recommendations for minor and parents/siblings/grandparents/others_____
including need for monitoring.
_x__ Treatment recommendations for (circle those that apply) minor/mother/father including type of
therapy, frequency and specific issues to be addressed.
Other:

SOCIAL WORKER⁵ COMMUNICATIONS
to MARTHA ROGERS PRIOR TO
HER REPORT "ATTEMPTED PSYCHOLOGICAL EVAL"

EXAbiT E2

Report must be received in Orange County Juvenile Court Department L34 by noon on 6/9/21 for a court hearing on 6/16/21 Specific directions for delivering the report are included in the accompanying order. In addition, copies of the report are to be sent/delivered to:

- The assigned Social Worker/Probation Officer identified in the accompanying order.
- Attorney for:

Minor:_____        Mother:_____
    Name                                        Name

    Address                                     Address

    City      State      Zip                    City      State      Zip

Father:_____        Petitioner:_____
    Name                                        Name

    Address                                     Address

    City      State      Zip                    City      State      Zip

Other:_____        Other:_____
    Name                                        Name

    Address                                     Address

    City      State      Zip                    City      State      Zip

Referral Responsibility:
This psychological evaluation referral has been completed by the undersigned. Copies of the original petition, police reports, criminal information and other pertinent reports/documents are attached.

Name and Title:  Andy Nguyen, Sr. Social Services

Address: 301 The City Dr., Orange, CA 92868, Building #44

Phone #___(714) 697-6108

(Rev. 04-30-12)

EXHibit B

CalSalaries ≡

Home / Counties / Orange County Salaries / Sr. Social Worker / Loretta Hernandez-Lopez

# Loretta Hernandez-Lopez (2020)

Sr. Social Worker
Orange County
**$224,652.05**

## Loretta Hernandez-Lopez Salary Overview

As Sr. Social Worker at Orange County, Loretta Hernandez-Lopez made $224,652.05 in total compensation. Of this total $81,651 was received as a salary, $55,865.16 was received as overtime pay. $55,448.31 was received as benefits and $31,686.98 came from other types of compensation . This information is according to Orange County payrolls for the 2020 fiscal year.

Loretta Hernandez-Lopez total compensation is 118 % higher than average sr. social worker salary, and 105 % higher than average Orange County salary.

**View Loretta Hernandez-Lopez Background Search →**

## Overview

| | |
|---|---|
| Year | 2020 |
| Full Name | Loretta Hernandez-Lopez |
| Job Title (formatted) | Sr. Social Worker |
| Status | N/A |
| Department | Orange County |
| State | California |

Ex Hibit C



### Final Arbitration Award

| IN THE MATTER OF THE ARBITRATION BETWEEN: | ) | Contract # 21DP0344-911 |
|---|---|---|
| | ) | |
| Tin Quoc Phan | ) | |
| Claimant | ) | |
| | ) | |
| | ) | |
| | ) | EMERGENCY ARBITRATION |
| **COUNTY OF ORANGE, SOCIAL SERVICES AGENCY, CHILDREN AND FAMILY SERVICES** | ) | FINAL AWARD AND ORDER |
| | ) | |
| | ) | |
| | ) | |
| Respondent | ) | |

**Arbitrator:**  David Crabtree
PO Box 2503
Florence, Oregon. 97439

**Arbitration Via:** ZOOM

## A. Jurisdiction

The contract allowed the claimant to choose the arbitrator.
The state of California allows private-side, common-law arbitration in these matters.

ExHibit C2

## B. The parties and their legal representatives

### Claimant:

Tin Quoc Phan
16537 Yucca Circle
Fountain Valley, CA 92708

### Respondent:

COUNTY OF ORANGE, SOCIAL SERVICES AGENCY, CHILDREN AND
FAMILY SERVICES
800 N. Eckhoff Street
Orange, California 92868

**Representation:** None at arbitration hearing

## C.    Background on Notice Of Arbitration To Respondent

This arbitrator sent a NOTICE OF EMERGENCY ARBITRATION to the
respondent via certified mail EMAIL. It was delivered on Jun 14, 2021 to **Debra
Baetz.** According to ReadNotify, they opened and read it on that same day. Debra
then forwarded to 3 different readers.

This arbitrator sent a NOTICE OF EMERGENCY ARBITRATION to the
respondent via certified mail EMAIL. It was delivered on Jun 14, 2021 to **Brooke
Lundy.** According to ReadNotify, they opened and read it on that same day and
then forwarded it. That person also opened it and read it.

This arbitrator sent a NOTICE OF EMERGENCY ARBITRATION to the
respondent via certified mail EMAIL. It was delivered on Jun 14, 2021 to **Mary
Mialma Cantoran.** According to ReadNotify, they opened and read it on that
same day and then forwarded it. That person also opened it and read it.

This arbitrator sent a NOTICE OF EMERGENCY ARBITRATION to the
respondent via certified mail EMAIL. It was delivered on Jun 14, 2021 to **Claudia**

EXHIbit C3

**Trig**o. According to ReadNotify, they opened and read it on that same day plus another time.

The agency clearly got notice of the arbitration.

I gave the agency 24 hours to contact me via their representation. The agency's representation did not contact me in any manner.

The notice gave detailed information as to how to contact the arbitrator, where to find the rules of arbitration, and the time limit to do so.  It also gave notice that the agency would give up it's right to arbitration after the 24 hours had expired as per the rules of arbitration, and the the arbitration would move forward with out the agency's participation.

If the agency had contacted the arbitrator, a time and place (Zoom) would have been provided the agency. The agency did not contact the arbitrator, so they gave up the right to notice of a time and place of the arbitration. A fair opportunity was given the agency to present it's case.

The agency did not show up for the arbitration. They gave up any and all due process provided by the arbitration. The agency acquiesced to my decisions in this final award.

## D.    Summary Judgment

The claimant asked for a summary arbitration and it was granted.

## E. Terms Of The Arbitration Agreement Between The Parties

The Arbitration Clause:  Page 7 - 8

<u>These are a List of rules From The Contract For The Arbitrator</u>

- A summary disposition of any claims or particular issue may be requested and decided by the arbitrator.

- A designated arbitrator shall be chosen at random by the claimant.

- Any controversy or claim arising out of or relating in any way to this Agreement or with regard to it's formation, interpretation or breach, and any

EXHIBIT C4

issues of substantive or procedural arbitrarility shall be settled by
arbitration.

- The arbitrator may award any legal or equitable remedy, including but not
  limited to, the remedies of claim for a temporary restraining order,
  preliminary or permanent injunctive relief, specific performance, and
  consequential or compensatory damages.

- The arbitrator may hear and decide the controversy upon evidence produced
  although a party who was duly notified of the arbitration proceeding did not
  appear.

- That the arbitrator is permitted and allowed to adjust the arbitration award
  up to four (4) times the original values associated with this agreement, plus
  the addition of fines, penalties, and other assessments that are deemed
  reasonable to the arbitrator upon presentment of such claim, supported by
  prima facie evidence of the claim.

- This agreement will be governed, construed, reviewed and interpreted in
  accord with the Common law.

## F. Summary Of The Facts And Procedure Including How The Dispute Arose

It is not my jurisdiction to make judgments on what led the claimant to create a
contract with the agency. But, it is my understanding that the claimant and the
agency had a previous relationship in an abuse or neglect investigation and a
juvenile court case. The agency, at that time felt that they had the authority to take
what belonged to the claimant, namely the claimant's child. The claimant disagreed
with the agency's decisions and authority and so created a counter offer In the form
of a conditional contract.

## G. Summary Of The Issues And The Respective Positions Of The Parties

EX HiBiT C5

In the Juvenile court cases, the administrator (Administrative Law Judge or ALJ) is hired by the state agency to administrate the hearing for them. This can be a judge or an attorney but they are only an administrator when administrating for the agency. When the agency hires the administrator, they create a contact of whether the administrators decision is binding or not. It can be different in each state or county. Where it is not binding, the agency can go against the decision of the administrator and fulfill their contract outside of court. The agency can also chose to dismiss the case at any time.

It is the state or county that petitions the court to hear their complaint about the parents real or unreal abuse or neglect. In court, any petitioner can ask that their case is dismissed. This is done with a motion to dismiss. A plaintiff can also voluntarily dismiss an action by choosing to drop the case or by reaching an <u>out of court settlement with the defendant.</u>

In this case at hand, through this conditional contract , the agency made an out-of-court settlement with the claimant to dismiss the juvenile court action and to give the claimants property, namely the claimants child back to them. The agency gave their assent and consent to the agreement by their choice to be silent on the matter and therefore acquiesced to the contract.

## H. Analysis Of The Arbitrators' Findings As To The Facts And Application Of The Law To These Facts.

The first matter at hand is to determine if the contract is valid and binding and meets the rules of contracts.

The question must be asked: Can a contract be legal and binding if there are no signatures on the contract?

The answer was in the contract itself. Twice I found the below warning in the contract. It was clear and unambiguous.

The contract states: "THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES. There is no signature needed on this contract from the respondent."

Exhibit C.6

On page 5, under YOUR FAILURE TO RESPOND IS TACIT AQUIESCENCE, we find the below law, thereby making it the law of the contract:

## YOUR FAILURE TO RESPOND IS TACIT AQUIESCENCE[1]

F. **Respondent agrees with the law of *RESTATEMENT (SECOND) OF CONTRACTS* in that there is *NO signature needed from the respondent or their representative on this written contract to make it legal and binding.***

### § 69. Acceptance by Silence or Exercise of Dominion

(1)     Where an offeree fails to reply to an offer, his silence and inaction operate as an acceptance in the following cases only:

(a) Where an offeree takes the benefit of offered services with reasonable opportunity to reject them and reason to know that they were offered with the expectation of compensation.

**(b) Where the offeror has stated or given the offeree reason to understand that assent may be manifested by silence or inaction, and the offeree in remaining silent and inactive intends to accept the offer.**

In this case, the offeror is the claimant and the offeree is the Agency. So with that clarification, the above would read: Where the Agency fails to reply to an offer, his silence and inaction operate as an acceptance where the claimant has stated or given the Agency reason to understand that assent may be manifested by silence or inaction, and the Agency in remaining silent and inactive intends to accept the offer.

I found in the contract where the claimant had given clear reason for the agency to understand that the Agency's assent would be manifested by silence or inaction.

The Agency should have taken this seriously but they did not.

---

1   ACQUIESCENCE, contracts. The consent which is impliedly given by one or both parties, to a proposition, a clause, a condition, a judgment, or to any act whatever. The tacit approval of conduct that might otherwise have provided grounds for an action but which cannot be objected to if undertaken with the consent of the party affected. Consent may be express or implied, and one circumstance where consent may be implied is where the party affected, in full knowledge of his rights, takes no action.

EXHibit C7

The Agency remained silent and did not answer the SHOW CAUSE within the  72
hour time period allowed in the contract. In fact , the Agency had an opportunity to
demonstrate by law or witnesses that the contract was not real or binding. But
instead, the Agency excepted the terms of the contact by their silence and inaction
and therefor breached the contract by their lack of fulfilling the contract in any
way.

I.    Comment On the Show Cause

The 'SHOW CAUSE' was in integral part of the conditional contract. If the
respondent could not, or would not, answer all the show cause within a specified
time limit, then the condition was that the Agency would be required to live up to
the stipulations in the contract.

A SHOW CAUSE is usually a method used in court. In this case, it was used in a
court of common law. The claimant used their right to a "Private-side, Court Of
Record". I found no common-laws stating that it could not be done in the manner
at hand.

I did find these mentioned in the contract that implied that the claimant could
practice law.


" **Private Attorney**. Attornatus Privatus, latin - in your own court, also the
sovereign, and also in the capacity of private attorney representing the court. the
court represents the court, the sovereign and the suit of the sovereign."


"The practice of Law can not be licensed by any state/State....(a) A State cannot
exclude a person from the practice of law or from any other occupation in a
manner or for reasons that contravene the Due Process Clause of the Fourteenth
Amendment. Pp. 353 U. S. 238-239.  [Schware v. Board of Examiners, 353 U.S.
238, 239]"


"The practice of Law is an occupation of common right! [Sims v. Aherns, 271
S.W. 720 (1925)]"

EXHIBIT C B

If you can practice law as a private individual, then it would be called private-side and if your procedures fulfill the definition of a court of record by keeping records, then you can call it a "Court of Record."

## J. Questions To Consider

**Can a private individual contact with a governmental entity?**

The simple answer is YES. The government does it all the time. Anything the government has you sign with your name on a paper, is a contract. That means that the Agency in this matter at hand can enter into an agreement with a private party. It is done in their Safety plan, Releases of Information, etc.

**Can a conditional contract be had with a government Agency?**

Yes, conditional contracts are use all of the time in insurance and real estate also. There is no reason that a private person cannot craft their agreement with a government Agency in that manner also. If they did not like the conditions, by law of the land and law of the contract, they should have contacted the claimant before they breached the contract to communicate the conditions in the contact. They chose to do nothing instead. They had that right but acquiesced to the terms and conditions of the contract.

**Is The governmental entity obligated to fulfill the stipulation in the contract?**

If the document has all the elements of a contract, then, YES, the government Agency is obligated to live up to the condition they agreed to just like any private party.

Speaking of "Elements Of A Contract", lets look at what is needed and if it was fulfilled in this contract at hand.

**Seven Essential Elements must Be Present Before A Contract Is Legal And Binding:**

1.      The Offer

This contract clearly spelled out what the claimant's offer was. There was no guessing.

ExHibit C9

It was a: If you do this action, I won't take this action. If you do not do this action, I will take this other action.

2.    **Acceptance**

This contract clearly spelled out how the claimant would know that the Agency had excepted the offer. It was by the Agency's silence or inaction. The Agency also showed their silence and inaction by not showing at the arbitration where they had a chance to rebuttal. The Agency clearly accepted the terms of the contract.

3.    **Mutual Assent (also known a s "meeting of the minds")**

Meeting of the minds refers to the comprehension and mutual agreement of mutual assent of both parties to a contract's terms. The best way to do this is to write the contract out so that there would be no guessing as to what would be agreed to. This contact is written out. I did not have to guess as to what would be agreed to. Any competent person would be able to read the contract and come to that conclusion.

The claimant agreed to the contract because they wrote it up and delivered it to the agency. Now the Agency would have to have "assent" or "mutual agreement" to the contract to make it binding. Again., the Agency agreed to the terms and stipulations by their silence or inaction as was the condition of the contract an therefore acquiesced to it as per **RESTATEMENT (SECOND) OF CONTACTS § 69**

4.    CONSIDERATION

This contract fulfills what is called a "conditional consideration".

Consideration is the central concept in the common law of contracts and is required, in most cases, for a contract to be enforceable. Consideration is the price one pays for another's promise. It can take a number of forms: money, property, a promise, the doing of an act, or even refraining from doing and act. In broad terms, if one agrees to do something he was not otherwise legally obligated to do, it may be said that he had given consideration. For example, Jack agrees to sell his car to Jill for $100. Jill's payment of $100

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 21DP0344-911

9

ExHibit C10

(or her promise to do so) is the consideration for Jacks promise to give Jill the car, and Jack's promise to give Jill the car is consideration for Jill's payment of $100.

The consideration in this contract was that if the Agency DID NOT return what they had taken from the claimant, then the Agency would have to pay $10,000 per day.

If the Agency DID return what they had taken, then they would not have to pay anything at all.

Again, the agency agreed to the stipulations in the contract by their silence and inaction. When they did that, they also showed consideration to the conditions of the contract.

By the Agency not doing anything, they agreed to do something they were not otherwise legally obligated to do. In this manner, they gave their consideration.

The contact fulfills the legal consideration to make this contact legal and binding in the matter of consideration.

5.    Capacity

The Agency makes contacts everyday. There is no question of if they have the capacity to contract.

6.    Legality

A conditional contact is legally binding if formed under contract law requirements. A contact is considered an "illegal contract" when the subject matter of the agreement relates to an illegal purpose that violates the law.

Basically, contracts are illegal if the formation of performance of the agreement will cause the parties to participate in illegal activities.

I find no common-law that shows that this contract is illegal or what was considered as illegal. If there is a common-law that shows that it is illegal, the respondent had a chance to present that to this arbitrator at arbitration but the Agency chose not to even attend the arbitration hearing. They therefore

EXHIBIT C11

## K. THE DECISIONS

**WHEREAS** the above-captioned matter was arbitrated (and digitally recorded) on 6/16/2021 via Zoom; and;

**WHEREAS** the parties have had a fair and equal opportunity to present their respective cases and deal with that of their counter-party; and;

**WHEREAS** the arbitrator, David Crabtree, fully considered and granted the Claimant's request for summary disposition. And further considered all the affidavits, exhibits, evidence, and matters as to the contract No. 21DP0344-911, it's terms, promises, and obligations, as well as the relevant law and facts in support as presented during the arbitration of this controversy; and;

**WHEREAS** the respondent entered into a legally binding contractual relationship through tacit acquiescence with Claimant, and the arbitrator found that no fraud in the factum was present; and;

**WHEREAS** It was also found that the claimant and the respondent had a previous relationship in a Juvenile Court Case. The respondent's tacit acquiescence to the terms of the claimants contract created an estoppel to those proceeding which the respondent ignored; and

**WHEREAS** This arbitrator had determined that the respondent has no sovereign or qualified immunity in the immediate case[2] and has given up any and all by contract; and;

**WHEREAS** The contract clearly expressed that the method to settle and resolve any/all disputes arising thereunder be settled by arbitration by an arbitrator of the claimant's choice without the respondent's input. The claimant choose Online Contract Arbitration; and;

**WHEREAS,** I, the arbitrator, sent out a notice of arbitration to the respondent. The respondent did not object, protest, or respond to the notices

---

[2]  Harlow v. Fitzgerald, 457 U.S. 800. 818 (1982)

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 21DP0344-911

EXHibit C12

at any time or attempt to amend any portion of said provisions at any time. Online Contact Arbitration proceeded with the arbitration 10 days after a representative of the agency signed for the Notice of Arbitration sent by certified mail; and;

**WHEREAS** It was found and determined by the arbitrator that the Respondent agreed that they breached the terms of the contract, failed to perform to their agreed upon obligations, and thus created a dispute that requires resolution by this arbitration and award; and;

**WHEREAS** The parties stipulated and agreed that the related Juvenile case and it's judgment and and sentence are void ab initio; and;

**WHEREAS** the parties stipulated and agreed that the Agency would withdraw and Discharge the Juvenile case with prejudice; and;

**WHEREAS** the respondent agreed to return to the claimant what they took from them namely their child; and;

**WHEREAS** the respondent agreed to remove the claimants name from the Central Registry; and;

**WHEREAS** the respondent did not rebut the stipulations in the proposed contract at any time up to the date of the writing of this FINAL AWARD and therefore this arbitrator found the respondent liable for the stipulated compensatory awarded; and;

**WHEREAS** the parties stipulated and agreed that, in addition to other remedies, actual Compensatory damages are to be assessed according to the formula of $10,000 per/day starting after the initial 72 hour window for response to the proposed contract until all the stipulations have been fulfilled.

The state agency, COUNTY OF ORANGE, SOCIAL SERVICES AGENCY, CHILDREN AND FAMILY SERVICES entered into default on May 27th 2021. Up to the point of writing this award, that would be a total of 22 days.

22 days X $10,000 per day = $220,000

EXHIBIT CB

WHEREAS the contract stated that additional punitive damages can be optionally assessed. It is deemed that punitive damages may be warranted in the event that Respondent does not voluntarily comply with this award immediately upon presentation of this award. In such an event, the arbitrator imposes punitive damages at a rate of 4 times the amount of actual compensatory damages, in addition to other remedies awarded, pursuant to **Pacific Mut. Life Ins. Co. v. Haslip, 499 US 1 (1991)**;and;

WHEREAS the arbitrator found that all elements of forming an agreement and legally binding contract are satisfied. Thus, the Respondent is bound to the terms and obligations agreed upon and imposed on them.

## ACCORDINGLY, IT IS HEREBY ORDERED AND AWARDED:

1.)     The Agency withdraw and Discharge the juvenile case with prejudice.

2.)     The Agency return to the claimant what they took from them namely their child.

3.)     The Agency remove the claimants name from the Central Registry.

4.)     That the claimant recover from the respondent, actual compensatory damages to include $10,000 per/day beginning from the day the contract was breached and going forward until all stipulations in the contract have been fulfilled. Said damages are to be due and payable in full upon receipt and notice of this award to the respondent.

5.)     That claimant recover punitive damages from the respondent equivalent to 4 times (4X) the amount of compensatory damages conditioned upon the Respondent's failing to voluntarily comply with this award immediately, and the claimant is forced to petition any competent court for confirmation and enforcement of this award; and;

6.)     This award is final and binding upon issuance and execution of the arbitrator's signature below, and takes full force and effect immediately upon issuance.

| ORIGINAL | COPY |
|---|---|
| Tin Quoc Phan<br>16537 Yucca Circle<br>Fountain Valley, CA 92708 | COUNTY OF ORANGE, SOCIAL<br>SERVICES AGENCY, CHILDREN<br>AND FAMILY SERVICES<br>800 N. Eckhoff Street<br>Orange, California 92868 |
| SO AWARDED AND ORDERED | *David L Crabtree* |
| DATED: 06/17/2021 | David Crabtree |
| Florence, Oregon, 97439 | ARBITRATOR |

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 21DP0344-911

Ex41,5,+ C #5



**OCA**
Online Contract Arbitration

## ONLINE CONTRACT ARBITRATION
PO Box 2503
Florence Oregon, 97439

www.onlinecontractarbitration.com
contact@onlinecontractarbitration.com

This Certification is valid for use anywhere within the United States Of America, its territories or possessions. This certification does certify the content of the document for which it is issued.

I, David Crabtree, Arbitrator of Online Contract Arbitration, have created and executed the attached Arbitration Award for contract # 21DP0344-911, between the claimant Tin Quoc Phan and respondent COUNTY OF ORANGE, SOCIAL SERVICES AGENCY, CHILDREN AND FAMILY SERVICES on the date thereof, as duly qualified Arbitrator for Online Contract Arbitration, whose official acts as such should be given full faith and credit in all Courts and Justice and elsewhere.

In Testimony Whereof, I hereunto set my hand and have caused to be affixed an Arbitrator's autograph, on this 17th day of June, 2021

David Crabtree, Arbitrator

Exhibit 4

**4:17**  SOS 📶 🔋

## New Message            Cancel

To: dr rogers

Jun 10, 2021 at 12:44 PM

> hello maam, i have not received the location of our visit please provide the address and time thank u

iMessage
Jun 10, 2021 at 2:21 PM

Yes! The address is 17662 Irvine Blvd, suite 11, Tustin 92780. If you are coming from Westminster get on 22 East to the 55 south. Go south to the 4th street/ Irvine Blvd exit. At end of ramp turn left going across the freeway to Irvine and B Street. Go thru that cross street and turn right into a parking lot between two office blogs. There is a white sign that says 'Bayside.' Drive to the back of the lot and turn left behind the bldg. Go down to the 2nd bldg and park. Come up the stairs in the patio area and at top of stairs turn left and walk around the corner to suite 11. If you have trouble call me at (714) 606-4365.  Come at 1:30 PM. Dress comfortably and bring reading glasses if you need them because I want you to fill out a couple of things about your daughter and parenting. We will probably need 2-3 hours so we can get everything done in one visit. Thanks. Dr Rogers

Text Message 🎤

EXHIBIT D2

4:17   SOS 🛜 🔋

## New Message          Cancel

To: dr rogers

> i'm visiting my daughter and it is extremely disturbing how hungry she is.

Jun 11, 2021 at 8:52 AM

> maam I saw my daughter yesterday and it was heartbreaking, there will be an emergency arbitration meeting, please attend because I still do not understand why my child has not been returned. I am truly horrified at the condition my child is in she is unable to talk. i do not know what this meeting is about but there has never been any action by your agency to anything good or truly helpful to me. I do not kno what is is that u would like to meet me personal with but there is nothing that you can tell me that I don't already know about how to raise a child. And if that is the reason for you wanting me to come into your office than I respectfully ask that you attend the arbitration. Me Rogers, I demand return of my child, if you have my daughter there at your office and I am picking her up from there than please inform me of those facts. Otherwise there is no reason for us to talk any further without my child safely returned to me.

Text Message  



EXHIBIT D3

4:18                    SOS 🛜 🔋

New Message          Cancel

To: dr rogers

iMessage

You need to come to my office as scheduled. Calling emergency meetings will only slow the process down.

will she be there?

if my daughter is not there than i'm not coming

iMessage

I will have to report to the court that you failed your required appointment. Your inability to cooperate slows your case down

ma'am i've done nothing wrong to have the courts involved in my life

my child is not able to talk! do you hear me?!

I want her back immediately! why would you continue to keep my child from me when she is my child and

Text Message          🎤

Exhibit 4

4:18    SOS

**New Message**    Cancel

To: dr rogers

living in torment?

what kind of institution of our government seeks to torture children

my child is so frightened where she is that she will not talk about it or anything

you have a duty to bring me back what u took from me

iMessage

It has nothing to do with right or wrong. You fail her if you don't come.

don't u dare say that to me

will she be there?

iMessage

No

then i do not need to waste my time

iMessage

Text Message



EX HIBIT DS

4:19                    SOS 📶 🔋

New Message              Cancel

To: dr rogers

Ok I will contact the court. You are
hurting your case very badly

> i don't have a case i object to
> everything

> my child was stolen from me

> and i never did anything remotely
> wrong

> i'm in grief and i want my child

> please give her back to me

iMessage

You are a parent where the court
needs to have your understanding of
Mia, to communicate what you know
so her needs can be supported. I
understand your grief but your lack of
cooperation does hurt Mia

> maam how can i cooperate with
> kidnappers

> please understand that your failure to

Text Message                    🎤

EXH 17 D6 

4:19    SOS

New Message    Cancel

To: dr rogers

return my child continues to injure both my child and myself exponentially, this is i humane and cruel.

iMessage

She was legally removed for her safety. They are not kidnappers and will gladly return her when her parents demonstrate their stability. What you are doing makes you look unstable to the court

maam i do not think your courts have the ability of intent to find a shred of stability in me whom if given a professional assessment would be found exceptional and of exemplary character.

I endured an entire trial and was deemed unfit and ordered under minister of my own child during visitation. It has completed disinigrated my child's trust that I can relieve her of her tormenting situation.

she is frightened and alone in it breaks my heart

Text Message

Exhibit D7

**4:19**    SOS

## New Message    Cancel

To: dr rogers

They deal with parents and kids every day. It is not a perfect system but it is the one we have. Have you consulted with your attorney? If not I strongly recommend you call now as to whether you should come to this appointment

> you continue to wield your courts authority in an act as unjust as kidnapping and u expect me to respect that kind of depravity

> i'm not rich

> i had to do this legal thing myself

iMessage

I am sorry you are not coming and especially regret the effect for Mia, that her distress will only increase.

> maam i come from much adversity and have endured unjust sentences of incarceration when all my life i've only wanted the best for people. i may have been mischievous when i was a young man but in my minds and hearts intent i was only trying to assist

Text Message 

4:19    SOS 📶 🔋

New Message        Cancel

To: dr rogers

someone else.

you do not know me and therefore u assume the worst but only someone that has concern for others is able to see people for what they are

i was condemned by your courts and it broke my little child's spirit

iMessage

Then, assist your daughter so the court has confidence. I do not know you but I was hoping you could help Mia so her distress does not continue

you may think that it's all part of the system and their is validity in what u are doing but you need to try and stop the biased hatred and profiling of people you did not give a fair amount of time to understand.

your social workers are unfortunately not as capable of being rational as u may think

and if they were they would certainly not have dropped the ball in this to cause such tragedy to my life

Text Message        

EXHIBIT D9

4:19    SOS 🛜 🔋

New Message    Cancel

To: dr rogers

> I have worked tirelessly to save my child because she is in deep hidden pain

> and she is only three!

> you don't kno who i am

> but you have done the worst to someone that is not of that kind

> i am not going to go any further with this i'm going to file a federal lawsuit to put an injunction into your taking of children with proper investigation

iMessage

Thus far, I know you are in legitimate grief and pain and you are extremely angry — to the point that you are not effective in reaching your goals. Lawsuits slow everything down. They rarely improve the lives of children involved.

> i love children and i want them to be saved when they are with bad parents who have no ability to do what is best, but even those parents should not lose their kids without give the help that

Text Message    🎤


Exhibit D 10 

4:19    SOS 🔋

New Message        Cancel

To: dr rogers

they need but not by taking their kids from them

I believe in the general love of family and only the very sick will be cruel to their kids

i do not kno of any parent that falls in that category

but if their out there i'm sure anyone of us would make sure they are stopped

Please return my child to me and stop the loss to the county. i don't care about the money

iMessage

That's right. Even bad parents still have the right to get help and improve lives of their kids. There are some really sick parents who are at risk for harming their kids. You have an opportunity to come through this situation and to help others if you so choose

i sued bank of america and let them off with $500 when i could have had millions because the person that had

Text Message    🎤



4:20    SOS 🛜 🔋

New Message    Cancel

To: dr rogers

been dismissive of me was retired. he was the VP of the bank

iMessage

So what? Not helpful to pursue a business model for Mia

she is 3 maam!

iMessage

Yes, and what does a three year old need?

these are the moments that i can never get back

iMessage

Is it all about you or Mia?

return my child because the i cannot stop the clock

and it is ten thousand everyday

Text Message 

EXHIBIT D12 

4:20                                    SOS 🔵 ▱

New Message                    Cancel

To: dr rogers

> please refer to the contract, it is very clear

> i'm putting in for emergency arbitration

> If I file a federal complaint it will be for injunction, tell me why I shouldn't when you guys still don't give my child back?

iMessage

So it is all about your needs, but what does Mia need? She needs a stable father who is available to her and not running around fighting those who are legally equipped to keep her safe. Emergency arbitration will go nowhere. You need to focus on Mia and how to assure that her mom behaves and that you are reliable. Thus far you look like you are not reliable

> you saying that is very uncharacteristic of a Doctor maam

> I am not reliable? i've been the one that bottle fed and diaper changed my daughter since she was 16 months till the present day minus these horrific

Text Message                            🎤

4:20                                    SOS 🛜 🔋

New Message                    Cancel

To: dr rogers

times

i devoted my life 24 hours each day 7 days a week because her mother was not there for her

iMessage

So I need to make a record of that for the court that comes from someone who is not a social worker

and your courts put a restraining order against me from my child and her after i was viciously attacked for carrying my baby from their home where her parents would force her to hide from her daddy in the bathroom just so they could keep my child from going to the park or enjoying the sun with me. after that vicious attack she was arrested. but a week later there was a restraining order on me and she had our daughter. and why did this happen because of your social workers

iMessage

She is perceived as willing to follow the rules and you are perceived as preferring to fight rather than progress

Text Message                    🎤

Exhibit D/4 

**4:20**                                    SOS 🛜 🔋

New Message                    Cancel

To: dr rogers

> then when the restraining order was going to lift after thirty days and this was thirty days of complete agony for both myself and mia, just before it was to be heard and i swore to you social workers that it would be lifted they snatched my daughter two days prior! and said it was because i was a sudden threat to my precious child!

> check your records it will show

> on the 25 i had a meeting with your workers and i rejected all services

> on the 26 they took my child

> on the 29 the restraining order was lifted

> but my child was gone

iMessage

I have read all the court records including what you said. Rejecting services means that things will lean more toward the more cooperative parent

Text Message                         🎤

EXHIBIT S

**4:20**    SOS 📶 🔋

## New Message          Cancel

To: dr rogers

> and i haven't seen her since except under monitored visits from insubordinate untrained little kids

> rejecting services maam is my right under the laws of the land

iMessage

Your right and your daughter's loss

> it is not your right to be vindictive of these decisions and retaliate against me with something as heinous as taking my child

> these are facts maam

iMessage

It is all about you. No vindictiveness is intended. People will help you regain contact if you will cooperate

> check your records and my pressures rapid speech is something your egotistical social workers found disrespectful when it comes from a

Text Message    

EX HiBit D16

4:20    SOS

## New Message    Cancel

To: dr rogers

> man trying to protect his daughter who has keen and complete understanding of the things needed and programs are for someone like my baby s mother

> whom committed a violent act in the presence of my child as i carried her after she escaped her grandmothers grip and ran into my arms

iMessage

You don't perceive your own egotism in needing to be right about everything in preference to Mia having a stable life with her parents

> return my child we have a meeting of minds you kno that i am far above the depravity of your injustice

> so do not continue because i will seek a federal injunction into your failure to recognize the problems with your social workers. I will do my duty for other parents if you do not.

iMessage

You are so far above us all and you need to come down to earth  for

Text Message

EXHIBIT D16 

**4:20**    SOS 📶 🔋

## New Message                    Cancel

To: dr rogers

your Mia

> please return her to me

> ma'am may God bless your decisions because i know ur a good soul.

iMessage

I have no power other than advising the court and thus far you have not given me reason to comfortably advocate for you

> i have to do things for my daughter and others out in the world we live

iMessage

Then come to the assessment. I want you to fill out questionnaires about Mia's development because that will help the court

> the county is losing money please fulfill the contract

Text Message 🎤



4:21                            SOS 📶 🔋

New Message              Cancel

To: dr rogers

> i did an emergency arbitration help the county

> do it quickly and maybe i won't file a federal case

> Maam i am one of We the People.

> you need to listen to those words

iMessage

My only role is to do the court-ordered assessment. Without that your voice is more diminished

> null and void

iMessage

If you want to be heard, you need to use the assessment as it is intended to do

I am not able to listen to recordings right now. You will need to continue to write out anything you want to say

So, please confirm whether you are

Text Message                    🎤

EXHISI+ D/J

**4:21**    SOS 🛜 🔋

## New Message          <u>Cancel</u>

To: dr rogers

coming today or not. If you do not respond, I will assume you are NOT coming and I will NOT travel in to my office. If you are coming, the appointment is at 1:30 this afternoon

No recordings please

> i will come anywhere to pick up my child

iMessage

That I cannot offer. Are you coming today or not?

I assume you are not coming so this afternoon I will go see another client who is in jail

Jun 11, 2021 at 12:16 PM

> ok

> what do we need to talk about i n person that we can't talk on the phone because if u think i'm going to sign anything i'm not

Text Message    🎤

EXHIBIT D19

**4:21**    SOS 🔋

New Message          Cancel

To: dr rogers

now if u are aware that i'm not going to sign away anything or voluntarily submit to anything than i will show just to prove that i am the man who wrote the motion and my name is tin quoc phan

my daughter is mia victoria phan

and she is to be returned to me immediately, our names removed from the central registry, and hopefully i can reach through to save my child and you guys will not be guilty of destroying a child's emotional ability to have a normal fulfilling life

that is your duty as the wrongdoers in this terrible injustice

iMessage

I am the one who will ask you to follow my test procedures in my office and if you insist otherwise then I decline to meet you

You need to fill out several questionnaires including two about your child and one for yourself + answer some background questions- if you are not willing to follow my

Text Message          

EXHIBIT D 20

**4:21**    SOS 📶 🔋

### New Message    Cancel

To: dr rogers

procedures then I decline to come

i decline please revert to the contract

iMessage

My contract is with the court

null and void

arbitration read contract carefully

ma'am please send me those documents u would like me to sign

iMessage

No documents to sign. Must be completed in the office. I spoke with your sister a minute ago asking for her input. She will be contacting you before she is willing to talk with me.

i will review them but please do what u are legally required to do and that is return my child. if you make me wait

Text Message 🎤



**4:21**

SOS

**New Message**          Cancel

To: dr rogers

> any longer i will request the abitrator
> institute the damages times four.
> please read agreement. i have friends
> that are willing to bring this to the
> attention of the news channels but i
> have asked them to hold on that.

iMessage

You cannot 'review' the
questionnaires– they are legally
controlled psychological tests that
have to be monitored and cannot be
sent or handed off. If you are willing to
take them by computer at home and
then we talk afterwards that will work.
But I have to pay for test usages to the
testing website so if you are not going
to complete them then don't waste my
time and money, please

> ok fine

> psychological test?

> after these test u will return my
> daughter to me

> and i have strong and complete
> objection to anyone releasing my child
> to her mother

Text Message

Exhibit D22

**4:22**                    SOS 🛜 🔋

New Message              Cancel

To: dr rogers

> frustrated

> you guys need to cut the red tape and release my child

iMessage

well, with your behaviors the court has no reason to trust that you are a reliable person.

> we will see

> that is why u guys are in this big mess

> you think i should behave for your ego

> but you're wrong and u will kno if u don't kno already that this behavior is consistent with a father that has his kid held for ransom

iMessage

I will stop now. Please consult your own attorney. I am not in any mess. My ego is not inflated. I try to help families that are open to following the court's directions

Text Message                    🎤

Ex 4754 D23

**4:21**   SOS 📶 🔋

New Message          Cancel

To: dr rogers

she is to be released to me.

iMessage

So give me an email address and I will
set up the tests. Yes, to get more info
about your daughter's development
and how you work with her. Also about
you and how you function. No, as I said
already I have no power to release Mia
to anyone. My role is only to give the
court information that will help the
judge make better decisions about
Mia's future

you guys aren't responsible for my
child i am!

iMessage

Are you gonna do this or are you
wasting my time.

the judge has ruled in complete
disregard to me and I frankly do not
trust the judge anymore

this is going to just make me more

Text Message 🎤 

EXHIBIT 024

4:22   SOS

**New Message**   Cancel

To: dr rogers

keep this up maam and i will take
things federal after this is done

think about things from a genuine
perspective not one trying to protect a
wrongful act

you are guilty of coercion

iMessage

I am not involved in your threats.
Thank you for talking at least this
much and good luck. I pray for Mia's
well-being. Goodbye

if you mean that genuinely that i am
sorry that you can't see me.

iMessage

It was your call, not mine and we have
wasted 3.5 hours thus far today. I need
to move on to others who want to work
on their situations. Talk with your
sister, talk with your attorney

God Bless You.

Text Message

Exhibit D25

4:22    SOS 📶 🔋

## New Message    Cancel

To: dr rogers

iMessage

You too

thank u

my email address is
lel909055@gmail.com

iMessage

So are you going to complete the
tests?

maam i will definately consider it

iMessage

No. I won't spend costs that I cannot
recoup with a 'maybe.'

i'll pay

how is it to send

how much is the cost

Text Message 🎤

Exhibit D26

4:22   SOS

## New Message        Cancel

To: dr rogers

to send the documents,

iMessage

No. I am not allowed to accept funds
from you. It would come in an email
and you click on a link to a secure
testing site

well it can't be that expensive

i had to pay for my daughter to be
check by a doctor for molestation to
make sure she was not being abused.
and i paid it

iMessage

No argument with you
I need to move on
You wanna control everything and I am
sorry but you can't. You agree or
disagree and the court will deal with it

i'm willing to pay for watever u guys
gripe about because that's my
daughter.  i paid 160 to her current
caretake, even though i am in absolute
objection. what can i do when u took

Text Message 



New Message        Cancel

To: dr rogers

> her by force and dangle her around while griping about fees. i look at it like small bits of ransom i will pay rather than to have those caring for her mad.

Jun 11, 2021 at 4:18 PM

> dr rogers i didn't see anything via email

iMessage

I did not send anything because you can't seem to commit to doing the work.

I am going to write my report and tell the court I was unable to enlist your cooperation.

Talk with your family and your attorney

> ok well also tell them to reevaluate your very thing that has happened and get ready to correct their wrongs and i would like a formal apology at the very least

> I really have had enough of this return my child

Text Message 

4:23    SOS 🛜 🔋

### New Message          Cancel

To: dr rogers

> i will make you guys pay in federal court too i'm sorry but this is unacceptable

> You do not seem to want to return a child you took in complete violation of every law on earth

> and now you still don't return my child to me but assume to make notice of this to the courts to attempt to further the problem?

> i'm not going to stand for this kind of abuse maam im so distraught already and you serve as no relief in these times created by your agency's wrongful acts. we can take this to the courts but my child continues to suffer!!! do u hear my words maam?

iMessage

Hey, I will do my work and stay out of your conflict as I have for the past 30+ years. I always feel empathy for the parents and pain for the child. I think lawsuits do not accomplish your goal of reunifying with your child. The more complex it becomes, the slower it moves. And now for at least the 4th time, I have no power to hold your child or to return her. You assault the

( Text Message                    )

Ex Hibit D29

4:23    SOS 🔋

### New Message          <u>Cancel</u>

To: dr rogers

messenger trying to offer you a way to
move forward. Focus on what Mia
needs, not what will relieve your rage.

> i am a very responsible parent and i do
> not kno what it takes for yoi guys to
> see the picture but u do not do this to
> a person like myself and continue on
> after the facts are known to u.  you
> return my child immediately or face the
> maximum damages i can seek

iMessage

I am done with this conversation. May
God enlighten your heart so that you
act in Mia's behalf.

> that is my notice to you: i stated to
> your social workers and their cohorts
> what i would do if this was not
> corrected.  and now i say to you.
> please do not take anything that i say
> as some rambling of an incompetent
> delusional man.

> i am neither.
> if you do not return my child to me or
> do everything in your power to do so

( Text Message                     )

EX-A, 572 D30

4:23    SOS

## New Message        Cancel

To: dr rogers

and if u force this to happen through arbitration or the circuit courts after arbitration i will seek to remedy this entire matter in the federal courts and i will not relent until justice is served and an injunction is enforced.

i promise you that.

Jun 11, 2021 at 11:59 PM

sorry to disturb you maam but i'll come take those evaluations you want but just know that the county is still obligated to return my child but if this will make things easier than I will help.

Jun 12, 2021 at 6:22 AM

maam send it to my email i will complete it

lel909056@gmail.com

iMessage
Jun 13, 2021 at 10:34 AM

You are too late. My schedule is full. I will send you the test links later today. If you do not complete them, then we are done, ok? It is Sunday and I have another case going on all day today. So it will be late afternoon before I can

Text Message

Ex/4ib,/D3/

4:23    SOS

## New Message        Cancel

To: dr rogers

respond.

> what is your business with me and how does it relate to my child?

> Maam i want to relay this message to the agency that has my daughter. I am the only person that i am aware whom is truly concerned about my child. I know that she is living under abusive conditions and has suffered as a result. My visits with her are telling that her maternal aunt has her frightened and obedient thru fear of reprisals. Thus, she will not speak of anything when i visit her. She is only three years of age and what she is going thru right now is very difficult for me to think of because I am unable to legally help my own child through parenting and raising her like i should be. instead i am forced to watch her as she struggles to find happiness in the new and secretly abusing home she is in. I ask the county to not alarm her current caretaker of my claims of emotional and psychological abuse. I ask the county to not give the current caretaker any knowledge of my daughters return to me, because any time line that she believes my child may return could result in her

Text Message    

**4:24**    SOS 🛜 🔋

New Message        Cancel

To: dr rogers

> of her and would not look her own
> daddy in the eye. I have worked
> endlessly to do everything i can to get
> my child away from those people who
> have her and it was a complete horror
> that the judge ruled to continue this
> absolutely unjust taking of my child.
> once again i ask that u bring my child
> to me immediately and i ask that u do
> not alarm her current caretaker when
> you do this that it be done in complete
> surprise to protect my child from
> retaliation

> once again i ask that u conduct her
> removal from her current caretaker
> without precedent and I demand as
> her father and only guardian with
> competence to order and injunction
> against her mother from her as she
> has demonstrated violence in the
> presence of our child.

> these are the events that should have
> occurred after the incident on jan 17
> 2021

> maam u and i have had a meeting of
> minds in the conversations we've had
> via text and slightly via phone. thru
> our conversation i am certain you can
> make the assessment that was failed
> thru prejudice, vindication, ego based

Text Message                    🎤

Exhibit D32

4:24                              SOS 📶 🔋

New Message                    Cancel

To: dr rogers

retaliation against my daughter that
could be very dangerous. She has
demonstrated her treatment of my
daughter through psychological or
physical, emotional, effects that i
notices immediately on my following
visit with her. when i requested help
with these matters i was ignored.
there is no doubt in my mind that the
county of orange will return my child to
me but the condition my child is in will
be a significant factor when i seek an
injunction with the courts

iMessage

I am the court appointed evaluator. I
have explained my role and it's
limitations multiple times. I will send
email links to the tests late this
afternoon.

i am stating before you, the
professional doctor of record,
regarding my child that your agency
has not yet returned to me even after
breaching the terms of the contract. I
kno the current caretaker is not good
to my child, I believe she has abused
my child to a point that i could not
even recognize my child as she would
refuse to answer any questions I asked

Text Message                    🎤

EXHIBIT D34

4:24    SOS 📶 🔋

## New Message          Cancel

To: dr rogers

retaliatory actions, and unprofessionalism.   But it is your duty to report your assessment of me in our communication.  It is highly unlikely that a person of my depth and complexity and love as demonstrated through my actions both past and present that i could have ever been as the county attempted to conclude, that i am an immediate threat to the safety and well being of my child and that i lack the understanding and faculties to raise my child. Maam i demand that you render your opinion of me today as you have heard my debate my point of view with intelligence and candor.

you have this duty to report the the father of this child is not a danger to her and not without the faculties to raise her.  this is a grossly incompetent discription of me and the basis for taking my child

keep in mind that fact that my child was taken exactly one day after i dismissed the agencies offering of services due to the insidious nature and the underlying premonition that they were trying to take my child through their questions instead of trying to help.  i was not wrong and they decided to retaliate against me for shutting their meeting down.

Text Message    

EXHIBIT D35

4:24   SOS

## New Message          Cancel

To: dr rogers

the very next day.

So you have an obligation and a duty to report without reprisal if i do or do not complete your test to render your opinion of me. maam even if you don't, it won't change but it may delay the things that I demand.

Keep in mind these court proceedings operating without due process and in collusion with one another to get their agenda across is only going to work until their is a parent whom has done nothing wrong and won't accept this kind of injustice no matter how big the governmental agency is. If you do not do everything u can to get my child returned to me after talking to me than u are just another part of this runaway train

you kno damn well that i am not incompetent and i am a damn good example of a father and any child would be at a loss if a father like me were taken out of the picture

so do your damn job because I will come after everyone who continues to add to this injustice. everyone can be sued no one is complete immune to it.

Text Message

EXHIBIT D 36

4:24     SOS 🛜 🔋

New Message          Cancel

To: dr rogers

iMessage

Any more threats of suing me will
terminate my help and will be reported
to the court

it is not illegal to make notice of an
intent to sue for wrongdoing

your threat to discontinue a notify the
courts in response is questionable

i am fighting for my child keep that in
your mind

don't ever tell me to not fight for her
because that is my daughter not yours

Just because it is difficult to respond
to the truth doesn't mean I should be
punished for leaving u without
response.

iMessage

Your fight for her is another issue and I
do not owe you anything other than to
do what the court ordered. Now stop
your harassment now!

Text Message     🎤

EXHBT D37

4:25    SOS 📶 🔋

New Message    Cancel

To: dr rogers

the court ordered and assessment of me correct?

than that is what u owe

Doctor, why have you become angry?

Do you see how this anger can project to acts of retaliation against me from those government agents who didn't want to mind their own business and unrightfully profiled me?

iMessage

I am not angry. I am just setting clear boundaries and rules with you because you appear unable to do this for yourself.

i'm just trying to get my child back

I appear unable?

you're kidding me right? so you get angry and i'm unable to secure my boundaries

Text Message 🎤

EY4.p# D38

4:25    SOS 📶 🔋

New Message        Cancel

To: dr rogers

Like I said I am busy with another case
and you continue your diatribe and
cannot wait.

my daughter is being abused

and she is kidnapped from me

how should i behave

she has lost weight and devours food i
bring

she does not talk about anything and
has lost all confidence that i can
rescue her or her image of my strength
as a father is gone

do you understand what i'm going
thru?

if your duty involves assisting in
bringing my child to me and u don't
asssist or recommend the latter than
you will be named as one part of this
runaway train. I'm putting u on notice
and if you decide to retaliate against
me because i demand that u help me
get my child back because it is the
right thing to do.   all of you guys
support one another in this big

Text Message    🎤



**4:25**    SOS 📶 🔋

New Message                    Cancel

To: dr rogers

machine involving how to parent children. who is best to care for them. but unfortunately your job comes at the rate of troubles and when u see one that is fabricated and u do nothing than u are guilty

you have spoken to me and had a meeting of minds act accordingly

iMessage

I am done, with all due respect.

get my child back to me maam

you still haven't said what your job and by u saying your done is that good or bad for my child's return to me

because if it's bad then your gonna be held accountable i will go after all wrongdoers and not relent u til justice is served. i told u this is my daughter a human life do not ever expect anything less when i'm fighting against kidnappers

and whether u agree or not that is exactly what happened

Text Message 



**4:25**    SOS 📶 🔋

New Message          Cancel

To: dr rogers

Maam i found out i could lose my rights to my child if i don't abide by the court orders.  so please schedule me the next appointment

Jun 16, 2021 at 6:36 PM

maam i need your help to get my daughter home

she is losing a lot of weight

please help me

iMessage
Jun 16, 2021 at 11:21 PM

I will ask you to complete some tests on line and then to come to my office. But I am tied up all day tomorrow and will not be able to set up the tests until Thursday night.

ok

Jun 17, 2021 at 8:07 AM

maam i am awaiting your contact of me to do the evaluation if that will help bring my child to me

Text Message 



**4:25**                           SOS 🛜 🔋

## New Message          <u>Cancel</u>

To: dr rogers

iMessage
Jun 17, 2021 at 11:46 AM

I just was told by the court to not go
forward further. You will need to
cooperate with court and social
workers but I have not been authorized
to try to do the evaluation again.
Without court permission, I am now
out of the picture. I suggest if the
social worker asks you to go to a
therapist that you comply. Good luck
with seeking reunification.

is that good or bad that the courts told
i to not move forward? i need to
protect my rights and secure my
daughters well being

i have an arbitration awarded to me
which calls for the restoration of my
family

Jun 17, 2021 at 10:28 PM

doctor rogers i visited my daughter
today and she was very malnourished
and she was very sad and tired

she also told me the boy their is
grabbing her ! these people take my
daughter and have her in a place that

Text Message                      🎤

EXHIBIT D42

4:25                                    SOS 📶 🔋

## New Message                    Cancel

To: dr rogers

is so tiny like a rats nest

and she is being treated horribly but they won't do anything i suggest because they are contemptuous

please call my mother 7143489966

she will direct where to take my child where she will be safe

she is very very weak and all of her spirit is gone

Read

Nov 19, 2021 at 2:25 PM

God bless your 

Nov 25, 2021 at 10:24 AM

i was told to contact you but seeing that you have made the decision not to see me than their must be personal sentiment involved.  on a professional standard this is not helpful to the sensitive issues at hand. your
The doctor the professional I reached out to you for help and you said no

Is it me or is there a professional standard missing you reached out to me and I said no to you and then I turn

Text Message    🎤

EX A73 IT D43

4:25                                SOS 📶 🔋

New Message              Cancel

To: dr rogers

around and reach out to you and you
say no to me for saying no to you I
guess you don't think I need to help If I
don't need your help Then why did you
reach out to me in the first place

I'll try to find another doctor that can
help me out although I don't think I
need help anyways because you
always be willing to help that's your job

iMessage

You must get a doctor through the
court because otherwise the Court will
not accept it... go back to your social
worker and do the things I told you to
do in my last report before any doctor,
me or another court-appointed doctor

why does it have to be a court
appointed doctor that seems bias in
itself

this whole thing is corrupt and
everyone involved will be exposed. wat
this county and all who work under its
umvreella fails to see is the county
does not own my child, she has been
kidnapped in fraud thru legal process.
having a child and raising in my own

Text Message                    🎤


EXHIBIT D44

4:25    SOS

**New Message**    Cancel

To: dr rogers

tradition is not a priviledge it is my
right!  just my my decision not to do
the things you and your cohorts are
attempting to force me to do doednt
mean ive broken law. all that means is i
am disagreeing with the tools and
methods of raising my child. that in
itself is not illegal just like refusing
tontalk to you or do your testing is not
illegal. thats why u can throw me in jail
for it and u cant arrest me for anything
that has happened.  because guess
what lady?  you guys are abusing your
powers and tormenting a father and
most inportantly a little three year old
child.  so i dont care what u think
needs to be done or how long u have
been doin this, just kno you have
spoken to me extensively and have
offered no help in getting mybchild
back.  i dint suggest u try to smut me
up with lies like the others have done
because at the end of the day im just a
daddy trying to save his child from
these lowlife kidnappers

Feb 16, 2022 at 3:14 PM



am

Delivered

Text Message
Tue, Jun 28 at 2:02 AM

Text Message    

EXHIBIT D4S

**4:26**                    SOS 📶 🔋

### New Message          Cancel

To: dr rogers

> you have 24 hours from the receipt of this letter to draft a written apology to my child and myself for everything that i will be charging u with which u are guilty of. If you draft this apology and if it is sincere i will not seek damages for the severe damage your actions have caused my child and family. if u do not draft a truly sincere apology i will sue u for your moral violations and wrongs u committed.

Tue, Jun 28 at 8:47 AM

Who is this?

> this is tin phan

> your apology must include the reason why you made such damaging statements against me in wilfull violation of hipaa law and of your knowing violation of your professional duty describe me without diagnosis as narcistic and your profoundly speculative and unsound assessment of me and the irresponsible and prejudicial comments you made of me that was part of the court record without ever even meeting me. this apology will also state the truth in all matters that this assessment of me was made without performing the 730

Text Message                    

Exhibit D 46

**4:26**   SOS 🛜 🔋

## New Message    <u>Cancel</u>

To: dr rogers

> eval and without ever speaking to me and was in actuality due to a text message conversation you can admit that you could not even be certain if i was the party texting. I also want the individuals who requested u make these damaging statements against me and why you made them knowing u were making them to assist in the county's goal to take my child from me. provide me a written apology and name all county employees that are involved in the conspiracy against my rights as a parent.

Wed, Jun 29 at 9:47 AM

Tell it to the court

> why did u tell it to the court? why did u slander me ma'am?

> why did u give such a damaging opinion of me? why did u recommend me to lose my parental rights? why when u know how much i love and have fought for my daughter?

> why when i havent ever done anything wrong ? all ive done is try to legally fight criminals who stole my child

( Text Message                    🎤 )



4:26                    SOS 📶 🔋

New Message              Cancel

To: dr rogers

they say i'm aggressive and im angry?
im a daddy and they kidnapped my
child and tortured her heart

what kind of reaction do u think u get
from an innocent father?

if i were a drug addict and left my child
in the car or if i were a dead beat and
forgot to feed my child... if i had done
anything anything at all then i might
not be so angry if they came to rescue
my child. but i did not do anything and
they treated me as if i did

im gonna be mad and i'm gonna be
aggressive because that is my
daughter and im responsible for her

i have to protect her

thats my job

if i am wrong for fighting for her in
every sense of the word minus
actuallly physically assaulting anyone
than why am i the bad guy?

why am i so hated ? why am i being
treated like a monster? why is my poor
child without a daddy?

why haven't i given up? it is my duty to

Text Message              🎤

EXHION D 48

4:26                    SOS 📶 🔋

New Message          Cancel

To: dr rogers

if i am wrong for fighting for her in every sense of the word minus actually physically assaulting anyone than why am i the bad guy?

why am i so hated ? why am i being treated like a monster? why is my poor child without a daddy?

why haven't i given up? it is my duty to never give up on my innocent poor victimized child

she cannot even feed herself how can i give up?

how can u read the words i speak and condemn me as a father

Mon, Sep 26 at 1:33 PM

ms roger's how can u give a psychological assessment of me from just text message? doesnt it require my physical presence to do a proper psyche evaluation and how can u say such damaging things against me having never met me and through what i've said on text message?

youre goin to get a chance to explain yourself in court maam

Text Message

Tin Quoc Phan
16537 Yucca Circle
Fountain Valley, CA 92708

Attornatus Privatus1

Tin Quoc Phan )
)
)
)
)
)
)
)
)
)
)
) Jurisdiction: Private Side; Court of Record
Claimant
Contract no: 21DP0344-911


County of Orange Social Services Agency

Respondent AFFIDAVIT OF SHOW OF CAUSE PROOF OF CLAIM DEMAND AND CONTRACT


Conditional Acceptance for the Value/Agreement/ Counter Offer to Acceptance of Offer
AFFIDAVIT3 OF SHOW OF CAUSE PROOF OF CLAIM DEMAND AND CONTRACT4


Contract # 21DP0344-911
May 24th 2021
To: County of Orange Social Services Agency
Children and Family Services
800 N Eckhoff Street
Orange, California 92868

To: County of Orange Social Services Agency
Children and Family Services
301 The City Drive
Orange, California 92868


Concerning Juvenile Dependency Matter
of Mia Victoria Phan
Juvenile Case #21DP0344


NOTICE TO AGENT IS NOTICE TO PRINCIPLE,
NOTICE TO PRINCIPLE IS NOTICE TO AGENT
THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE
PARTIES. There is no signature needed on this contract from the respondent. Only your action or non-action is
needed. (See stipulation #31)


To the Holder in Due Course and/or agent and/or representative,

Comes now Affiant, Tin Quoc Phan, a man. I am one of We The People, in this Court of Record, Sui Juris.
CLAIMS
I claim the the Orange County Social Services Agency did not afford myself or or my daughter a fair and responsible
investigation into all matters related to enable the Orange County Social Services Agency to competently understand
there were never any actions intentionally or unintentionally to harm my child from the day of her birth, throughout the
approximate 16 months when she was in my sole parental custody and to this day.
I claim throughout the entire investigation there has never been a personal physical conversation between myself and
any agent, representative, or entity representing the County of Orange Social Services Agency. There however has
been one alleged attempt to visit my home where it is alleged that no one was available to speak to so the agent left.
Therefore, in conclusion there was never any actual physical conversation to gain a physical, visual, and personal
understanding to draw a more significant and conclusive understanding of the man and father you condemned.
I claim that there was never a physical inspection or request for inspection of my home where myself, my daughter,
and my mother reside in complete decency and safety.
I claim this knowledge of our residence and the appearance and individuals amongs this dwelling are significant and
vital piece of information. Especially in a charge claiming and concurred by the courts that I posed an immediate threat
to safety of my child.

I.claim that there was a meeting on the 25th of May, 2021 where involuntarily spoke to the County of Orange Social Services Agency and and decided due to the line of question which conveyed in my personal opinion that this remote would not serve in daughter interest nor my own. I therefore ended this voluntary conversation.

I claim that on the very following day, May 26 th, 2021 after I voluntarily ended the conversation the day before, I received a call form the County of Orange Social Services Agency that my child was taken into detention by their agency. To my complete horror, my precious, sensitive two year eleven month year old daughter was in now in the hands of the Orangewood home for children.

I claim this act alone has created a situation so damaging and irrevocable that I do not even recognize my own daughter because she is in such mental and emotional disarray that my visits twice a week in the monitored conditions so ordered by the judge at the recommendation of County of Orange Social Service Agency.

I claim my visits to my daughter are consistent and continual as a father who has been at all time with the highest of concern and care for my child and it is beyond any degree of negligence with a sound mind to find any bit of truth in these allegations that I have charged and condemned.

I claim throughout this entire time and the entire investigation, suggested to have been thorough, and complete in fulfilling Due Process of law. As per the 14 Amendment. THIS INVOKING OF THE 14 AMENDMENT IS NOT FOR GRAND DISPLAY. DO NOT TAKE THIS LIGHTLY. THIS INVOKING OF DUE PROCESS IS VITALLY NECESSARY WHEN TAKING A CHILD FROM THEIR PARENT. IT IS YOUR DUTY, TO FIRST HONOR THE SANCTITY OF A GOOD FAMILY.
Thus, it is your agency's responsibility to launch a thorough investigation prior to ripping a family apart.

I claim and as the facts will show that from the inception of my child into this world there has been only one arrest made during this entire time. That incident was on Jan 17th 2021 where police arriving at the scene found as reported, that I had been the victim of a serious attack requiring emergency medical assistance and transportation to the hospital. So serious was the event that the perpetrator whom was my child's mother was arrested and taken into custody. Her defense that she had been attacked by myself as I carried away from her family and herself is a complete lie that I not only claim to be untrue but I also claim to have video evidence to make this entire claim irrefutable.

I claim the court the judge in this courtroom whom I've witness communicating back and forth as if they are well acquainted long time "friends" if that is a word I can use in all fairness to the earned and well deserved honor of the judge. I fear that this was as significant factor in the judges absolute miscarriage of justice.
I claim that the County of Orange Social Services Agency had no right to take anything from me and hold them from me over my objections.
I claim that the administrative rules, statutes, and codes that you use against me are unconstitutional and therefore null and void.
I claim that my rights, privileges, and immunities that are secured or protected by the U.S. Constitution cannot be taken away in a nisi prius, de facto, quasi, administrative court operating under color of law, and in a not-of-record court proceeding in equity.
I claim that the County of Orange Social Services Agency cannot diminish my rights as One Of The People.
I claim that I have never knowingly waived my Constitutional rights and that if assumed to have done that, it was under trickery, coercement, duress, and without full disclosure and therefore null and void.
I claim that the Social Security Act of 1935 gives the County of Orange Social Services Agency NO right to take charge of my child over my objection.
I claim that the County of Orange Social Services Agency has the duty to protect my Constitutional rights and restore back to me what has been taken away.
I claim that the County of Orange Social Services Agency actions of colluding with a nisi prius, de facto, quasi, administrative court operating under color of law, and in a not-of-record proceeding in equity to take my child from me is a form of fraud and therefore a form of kidnapping5.
Conditional Acceptance for the Value/Agreement/Contract Counter Offer
Because the administrative courts are nisi prius, de facto, quasi courts operating under color of law, and in a not-of-record proceeding in equity they must use contracts to bring people under their jurisdiction.
The County of Orange Social Services Agency moving their case/complaint in same court must use contracts with the parents to do so also. Therefore I offer this Conditional Counter-Offer in the form of a contract.
I have received your offer(s) in reference to above stated Juvenile Dependency case and accept your offer(s) under the following terms and conditions-
That you provide the following proof of claims.


SHOW OF CAUSE PROOF OF CLAIM DEMAND

• PROOF OF CLAIM, that the County of Orange Social Services Agency fullfilled the minimum requirement of the Federal Child Abuse Prevention and Treatment Act (CAPTA) (42 U.S.C.A. § 5106g)

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 88 of 112    Page ID
#:88
Case 8:23-cv-00374-JWH-KES   Document 1   Filed 03/03/23   Page 24 of 91   Page ID #:24

Federal law definitions of child abuse and neglect:
"Any recent act or failure to act on the part of a parent or caretaker, which results in death, serious physical or emotional harm, sexual abuse or exploitation"; or. "An act or failure to act which presents an imminent risk of serious harm."

• PROOF OF CLAIM, that I, as "One Of The People" is that "parent" or "caretaker" as spoken of in that Federal law.
• PROOF OF CLAIM, that the following is untrue: "All laws, rules and practices which are repugnant to the Constitution are null and void....If courts are to regard the Constitution, and the Constitution is superior to any ordinary act of the legislature, the Constitution, and not such ordinary act, must govern the case to which they both apply. " Marbury v. Madison, 5th US (2 Cranch) 137, 180.
• PROOF OF CLAIM, that the U.S. Constitution is not the supreme law of the land, that the judge in the Juvenile court is not bound by it and that the laws, statutes, codes, rules, or constitution of any state are never contrary to the U.S. Constitution according to the following law : U.S. Constitution, Article VI: This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.
• PROOF OF CLAIM, That an administrative court can take away my constitutional rights or what is mine using statutes, codes, or rules according to the following case law: "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton v. Shelby County , 118 U.S. 425 p. 442
• PROOF OF CLAIM, that an "nisi prius6 de facto7 quasi8 administrative court operating under color of law, in a not-of-record proceeding in equity" and not at law;9 can take away my rights, privileges, or immunities that are secured or protected by the U.S. Constitution according to the following law: TITLE 18, U.S.C., SECTION 242
Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping10 or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.


• PROOF OF CLAIM, that statutes or administrative rules trump my Federal rights according to the following case law: "The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice." Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S.449


• PROOF OF CLAIM, that the County of Orange Social Services Agency or the Juvenile court can assume my rights can be taken away from me according to the following case law; The State cannot diminish rights of the people. Hurtado v. California, 110 U.S. 516.


• PROOF OF CLAIM, that I can be stripped of my Constitutional rights through trickery, coercement, duress, without full disclosure OR that I can be ordered to do something against my Constitutional rights according to the following case law: "Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." Poindexter v. Greenhow, 114 U.S. 270, 303 (1885). Brady v. U.S., 397 U.S. 742, 748, (1970)


• PROOF OF CLAIM, that the people are not the GRANTORS of the Trust powers you hold as TRUSTEES AND PUBLIC SERVANTS and as such you are not to protect my rights according to 1877 Georgia Constitution (as Ratified without Subsequent amendments)
ARTICLE I. - BILL OF RIGHTS.- SECTION I.
Paragraph I. All government, of right, originates with the people, is founded upon their will only, and is instituted solely for the pgood of the whole. Public officers are the trustees and servants of the people, and, at all times, amenable to them.


• PROOF OF CLAIM, that the state has the U.S. Constitutional right to deem what is in the child's best interest using their statutes according to the following case law: The Supreme Court Ruled That The State Statute Was Unconstitutional
The U.S. Supreme Court ruled on the issue of grandparent visitation rights in the 2000 case of 530 U.S. 57, which involved a dispute between a Washington-state mother and her ex-boyfriend's parents.
When Brad Troxel, the children's father, died in 1993, his parents informed the mother, Tommie Granville, that they wanted to maintain a relationship with the couple's two daughters. Washington law at the time allowed "any person" to petition for visitation "at any time" and gave state courts discretion to grant that visitation when it was in the child's best interests.
But the majority of the Troxel court struck down the state statute as unconstitutional, finding it interfered with parents' rights to raise their children as they pleased. Writing for the majority, Justice Sandra Day O'Connor said, "The liberty interest at issue in this case — the interest of parents in the care, custody, and control of their children — is perhaps the oldest of the fundamental liberty interests recognized by this Court." Troxel v. Granville, 530 U.S. 57 (2000)

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 89 of 112   Page ID
#:89
Case 8:23-cv-00374-JWH-KES   Document 1   Filed 03/03/23   Page 25 of 91   Page ID #:25

• PROOF OF CLAIM, that the State of California and the County of Orange Social Services Agency has the power when working in private business to overrule mothers and fathers and let people or corporations take children from parents according to:

The Adoption and Safe Families Act (A.S.F.A.) :

SEC. 401. PRESERVATION OF REASONABLE PARENTING.

"Nothing in this Act is intended to disrupt the family unnecessarily or to intrude inappropriately into family life, to prohibit the use of reasonable methods of parental discipline, or to prescribe a particular method of parenting."


• PROOF OF CLAIM, that the County of Orange Social Services Agency, can take charge of my child without my permission according to the Social Security Act 1935 [Original Legislative Intent of the Congress not for CPS to take kids]

TITLE XI- GENERAL PROVISIONS

DEFINITIONS SECTION 1101

(6)(d) Nothing in this Act shall be construed as authorizing any Federal official, agent, or representative, in carrying out any of the provisions of this Act, to take charge of any child over the objection of either of the parents of such child, or of the person standing in loco parentis to such child.

Article 1

1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

Article 23

The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

Article 24

• Every child shall have, without any discrimination as to race, colour, sex, language, religion, national or social origin, property or birth, the right to such measures of protection as are required by his status as a minor, on the part of his family, society and the State.

• PROOF OF CLAIM, that the County of Orange Social Services Agency has the right to interfere in my privacy, family, or home thru a "nisi prius, de facto, quasi, administrative, arbitration court operating under color of law, in a not-of-record proceeding in equity" and not at law;

International Covenant on Civil and Political Rights

Article 17 1. No one shall be subjected to arbitrary or unlawful interference with his privacy, family, home or correspondence, nor to unlawful attacks on his honor and reputation. 2. Everyone has the right to the protection of the law against such interference or attacks.


CAVEAT, FACTS, And TERMS OF CONTRACT

THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES. There is no signature needed on this contract from the respondent. (See stipulation #31)


• Your failure to provide proof of claim, shall self-execute this binding irrevocable contractual agreement coupled with interest and subject the breaching party to any fines, penalties, fees, taxes and other assessments.

• Your failure to answer the Show Cause – Proof of Claim Demand within 72 hours after receiving this affidavit will cause this contract to be effective immediately through your tacit acquiescence.

• Your failure to answer the Proof Of Claims below within the seventy two (72) hours after receiving this affidavit/contract, shall constitute a binding contract between the agency and the Claimant.

• Your failure to carry out the stipulations within this contract after the seventy two (72) hours after receiving this affidavit/contract, shall constitute a breach of contract.

• The Claimant once more respectfully requests the Respondent(s) provide said necessary Proof of Claims so as to resolve the Claimant's confusion and concerns within this matter. Otherwise, the Claimant must ask, "What is the Claimant's remedy?"

• THEREFORE, as Respondent(s) have superior knowledge of the law, and as custodian of record has access to the requested and necessary Proof of Claims, and otherwise being in a 'catbird's seat' to provide the requested and necessary Proof of Claims raised herein above, Respondent(s) is able, capable, and most qualified to inform the Claimant on those matters relating to and bearing upon the above referenced alleged CIVIL Cause and thereby; that there is a duty on the part of the parties to communicate and/or respond to the aforementioned proof of claim and/or demand associated with this self-executing, binding, irrevocable, contractual agreement coupled with interests and therein, has an obligation to clear-up all confusion and concerns in said matter(s) for the Claimant as to the nature and cause of said process(s), proceeding(s), and the like as well as the lawfulness and validity of such to include; inter ali, all decisions, orders, and the like within; and arising from, all such within said Civil Cause.

Amount Of Time To Answer; Method To Answer

• The Claimant herein; and hereby, provides the Respondent(s) three (3) Calendar days; to commence the day after receipt of this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, in which to gather and provide the Claimant with the requested and necessary Proof of Claims raised herein above, with the instruction, to transmit said Proof of Claims to the Claimant or the below named Notary/Third Party and or their representative as stipulated and attached hereto if applicable, for the sole purpose of certifying RESPONSE or want thereof from Respondent(s). All Proof Of Claims, shall be verified,11 be in writing, and postmarked WITHIN 72 hours after Respondent being served .

• Further, the Claimant herein strongly recommends to Respondent(s) that any Proof of Claims be transmitted "Certified" Mail, Return Receipt Requested, and the contents therein under Proof of Mailing for the good of all concerned.

• Because there are human lives involved, and should Respondent(s) allow the three (3) days (72 hours ) to elapse without providing the requested and necessary Proof of Claims, Respondent(s) will go into Default and the Claimant will cause to be transmitted a Notice of Default and CERTIFICATION OF NON-RESPONSE - NON-PERFORMANCE and JUDGEMENT without Opportunity to Cure to the Respondent; wherein, Respondent will be given NO additional time to cure Respondent's fault.

• This CERTIFICATION OF NON-RESPONSE - NON-PERFORMANCE and JUDGEMENT is a judgment handed down from this Private Side; Court of Record at Common Law. It is as binding as any judgment from any higher Court of Record. If you default, you, the respondent, are agreeing to this judgment and agree to act upon it immediately.

• At the end of three (3) calendar days (72 hours), Respondent will be found in default and thereby; and therein, Respondent will have established Respondent's(s') consent and agreement to the facts contained within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim as said facts operate in favor of the Claimant; e.g., that the judgment of alleged "court not-of-record" within the above referenced alleged Civil Cause is VOID AB INITIO for want of subject-matter jurisdiction of said venue; want of persona jurisdiction; want of Relationship with the "source of authority" for said statute(s)/law(s); for want of privity of contract, or contract itself; for want of authority over me as one of the people.

• Respondent(s) agrees and consents that Respondent(s) does have a duty and obligation to Claimant; as well as the corporate Government Department/agency construct(s) Respondent(s) represents/serves, to correct the record in the above referenced alleged Civil Cause and thereby; and therein, release the indenture (however termed/styled) upon the Claimant and cause the Claimant to be restored to liberty, and releasing all of the Claimant's rights and property.

NO TIME TO CURE AFTER 72 HOURS

• Further, this matter needs to be resolved post haste and therefore the Claimant gives NO extra time in which to cure after Respondent(s) default.

• Should the Respondent(s) fail or otherwise refuse to provide the requested and necessary Proof of Claims raised herein above within the expressed period of time established and set herein above, Respondent(s) will have failed to State any claim upon which relief can be granted.

• RESPONDENT'S AGREED ACTION UPON DEFAULT OF THIS CONTRACT

• 1.) Withdraw and Discharge the case with prejudice.

2.) Return to the Claimant what you have taken from them and;

• 3.) Remove the Claimant's name from the Central Registry.

4.) Pay the Claimant $10,000 per day until the above 3 stipulations have been fulfilled.

• AGREED MONITARY VALUE OF CONTRACT OWED BY RESPONDENT AFTER DEFAULTAnd also that the value of this agreement is the amount demanded if the state/agency/respondent falls into default, after that first 72 hours of receiving this affidavit, the state/agency/respondent agrees to pay $10,000 USD per/day to the Claimant until the above stipulations are fulfilled.

COMMUNICATION WITH CLAIMANT

• The County of Orange Social Services Agency / respondent agrees to communicate with the Claimant verbally and verified, in writing on what steps are being taken, and the proof of those steps to withdraw and discharge the case with prejudice.

YOUR FAILURE TO RESPOND IS TACIT AQUIESCENCE12

• Respondent agrees with the law of RESTATEMENT (SECOND) OF CONTRACTS in that there is NO signature needed from the respondent or their representative on this written contract to make it legal and binding. Your silence will show that you intend to accept the offer.

§ 69. Acceptance by Silence or Exercise of Dominion

• Where an offeree fails to reply to an offer, his silence and inaction operate as an acceptance in the following cases only:

(a) Where an offeree takes the benefit of offered services with reasonable opportunity to reject them and reason to know that

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 91 of 112    Page ID
#:91
Case 8:23-cv-00374-JWH-KES    Document 1    Filed 03/03/23    Page 27 of 91    Page ID #:27

they were offered with the expectation of compensation.

(b) Where the offeror has stated or given the offeree reason to understand that assent may be manifested by silence or inaction, and the offeree in remaining silent and inactive intends to accept the offer.

• ADDITIONALLY it is exigent and of consequence for the Claimant to inform Respondent, in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondents(s) failure and or refusal to respond and provide the requested and necessary Proof of Claims raised herein above and thereby; and it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment, condition, and/or claim raised; as they operate in favor of the Claimant, through "tacit acquiescence".

• Your failure to respond, and this would include each of the respondents by their representative, and if also represented by the Atty. Gen., such representation must be responsive for each State and/or State organization/department/agency, separately and severally to each of the points of averment, failure to respond to a single point of averment will constitute acquiescence, forfeiture, and a waiver of all rights with respects all of the points raised in this presentment.

YOUR FAILURE TO RESPOND CREATES AN ESTOPPEL IN THE ABOVE NOTED JUVENILE MATTERS

• Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, but Respondent(s); having agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims raised herein above, will create and establish for Respondent(s) an estoppel in this matter, and ALL matters relating hereto; and arising necessarily therefrom;

• The defaulting party will be estopped from maintaining or enforcing the original offers/presentments; i.e.,;the above referenced alleged Juvenile Cause as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Claimant may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this agreement by Respondent(s) to compel specific performance and or damages arising from injuries there from.

• The defaulting party will be foreclosed by laches and or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action. Furthermore, the respondents are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post-actively, forever under any circumstances, guise, and or presumption!

• RESPONDENT(S) FULLY AGREE TO ALL FACTS IN THIS CONTRACT AND GIVE TACIT ACQUIESCENCE TO ALL OF THE STIPULATIONS

• The parties intend that this Agreement, together with all attachments, schedules, exhibits, and other documents that both are referenced in this Agreement and refer to this Agreement, represent the final expression of the parties' intent relating to the subject matter of this Agreement, contain all the terms the parties agreed to relating to the subject matter, and replace all of the parties' previous discussions, understandings, negotiations, representations and agreements relating to the subject matter of this Agreement regardless whether written or oral.

• Further, Respondent(s) will have agreed and consented through "tacit acquiescence" to ALL the facts in relation to the above referenced alleged Juvenile Cause, as raised herein above as Proof of Claims herein; and ALL facts necessarily and of consequence arising there from, are true as they operate in favor of the Claimant, and that said facts shall stand as prima facie and ultimate (un-refutable) between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, the corporate Government juridical construct(s) Respondent(s) represents/serves, and ALL officers, agents, employees, assigns, and the like in service to Respondent(s), as being undisputed.

• Further, failure and/or refusal by Respondent(s) to provide the requested and necessary Proof of Claims raised herein above shall act/operate as ratification by Respondent(s) that ALL facts as set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, are true, correct, complete, and NOT misleading.

• In accordance with and pursuant to this agreement; a contractually (consensual) binding agreement between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government unit and Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) will not argue, controvert, oppose, or otherwise protest ANY of the facts already agreed upon by the parties set and established herein; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding arbitration and confirmation of the award in any competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration.

Your Tacit Acquiescence to this contract also means that you give up all governmental unit immunities.

• It is agreed that when the governmental unit contracts with a private party it waives immunity from liability. It is agreed that the County of Orange Social Services Agency /governmental unit waives immunity from suit through it's expressed consent. It is agreed that the respondent /County of Orange Social Services Agency governmental unit joining this contract through it's tacit acquiescence is giving it's express consent that it can be sued for breach of contract at any time after breach of this contract.

• The respondent(s) having given their tacit acquiescence to all stipulations in this agreement are also agreeing to give up any immunities either implied or given in Federal law or civil statutes. The respondent(s) agree to consent to, and waive all

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 92 of 112    Page ID
#:92
Case 8:23-cv-00374-JWH-KES    Document 1    Filed 03/03/23    Page 28 of 91    Page ID #:28

immunity from suit and immunity from liability. The respondent(s) agree that they can be sued, and be impleaded for breach of contract and confirmation of Final Arbitration Award. Respondent(s) agree that legislative permission is not needed for Claimant to sue them for breach of contract or confirmation of Final Arbitration Award. Respondent(s) agree that their conduct of breach of contract is automatic consent to being sued for breach of contract. Respondent agrees that the state statutes no longer apply to them concerning any governmental immunities and fully agree to the Private Law of this contract instead.

· Please understand that while the Claimant wants, wishes and desires to resolve this matter as promptly as possible, the Claimant can only do so upon Respondent('s) 'official response' to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim by Respondent('s) providing the Claimant with the requested and necessary Proof of Claims raised herein above.

· THE RESPONDENT AGREES THAT THE CLAIMANT IS NOT UNDER STATES STATUTES AND CODES BECAUSE CLAIMANT IS NOT A GOVERMENT OFFICIAL AND THEREFORE STATE STATUTES ARE NOT BINDING ON CLAIMANT

· Therefore, as the claimant is not a signatory; NOR a party, to your "social compact" (contract) known as the Constitution (Charter) of the UNITED STATES; NOR noticed NOR cognizant, of any agreement/contract between the UNITED STATES, and the claimant and specifically any obtained through FULL DISCLOSURE and containing any FAIR/VALUABLE CONSIDERATION therein, which would act/operate to create and establish a "relationship" (nexus) and thereby; and therein, bind the claimant to the specific "source of authority" for the creation and existence of the alleged statute(s)/law(s) as contained and allegedly promulgated within the "Code" known as the United States Code; which, with the privity of contract or contract itself would thereby; and therein, create and establish legal force and or effect of said statute(s)/law(s) over and upon the claimant; and, would also act/operate to subject the claimant to the "statutory jurisdiction" of the UNITED STATES, its laws, venue, jurisdiction, and the like of its courts/administrative tribunals/units and thereby; and therein, bind the claimant to said courts/administrative tribunal's/unit's decisions, orders, judgments, and the like; and specifically as within the above referenced alleged Civil Cause; and, which would act/operate to establish and confer upon said court/administrative tribunal/unit the necessary requirement/essential of "subject-matter jurisdiction" without which it is powerless to move in any action other than to:

· 1.) Withdraw and Discharge the case with prejudice.

· Return to the claimant what you have taken from them and;

3.) Remove the claimant's name from the Central Registry.

· And as a result thereof the parties agree that any statute and/or code introduced by the United States Congress and or state legislature under its non-governmental capacity i.e. it's "corporate business commercial transacting capacity", are not binding on any of the parties, and cannot be introduced and or used as any justification for any proceeding, and/or procedure, and or remedy respecting this matter.

· That this agreement supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable.

· The parties agree to the terms and conditions of this agreement upon default of the defaulting party as of the date of the default.

ARBITRATION UNDER COMMON LAW

In the event that the defendant refuses to honor the JUDGMENT handed down from this Private Side, Court of Record At Common-Law, the respondent agrees to the following stipulations concerning arbitration.

· Wherein this Conditional Acceptance for this agreement constitutes an agreement of all interested parties in the event of a default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided by the arbitrator.

· Any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitraribility shall be settled by emergency or non emergency arbitration.

· Whereas a designated arbitrator shall be chosen at random by the claimant, who is duly authorized, and in the event of any physical or mental incapacity to act as arbitrator, the claimant shall retain the authority to select any neutral(s)/arbitrator(s) that qualify pursuant to the common law right to arbitration, as the arbitration process is a private remedy decided upon between the parties.

· The arbitrator may be a non-bar member or non-lawyer.

· The arbitrator may be chosen from any state or county.

· And with respects to this agreement, the defaulting party waives any and all rights, services, notices, and consents to the claimant and or the claimant's representative selection of the arbitrator thereby constituting agreement.

· In the event that the chosen arbitrator is unable to do the arbitration for what ever reason, the claimant can randomly choose a different arbitrator. The respondent fully agrees to the claimant's choice.

· The parties expressly agree that the chosen arbitrator may also be the emergency arbitrator. The arbitrator may issue a final award and orders from an emergency arbitration. The parties expressly agree that the award and orders from the emergency arbitration are legal and binding on all parties as if it was issued from a non-emergency arbitration.

· The parties expressly agree that the arbitrator may award any legal or equitable remedy, including but not limited to, the remedies of claim for a temporary restraining order, preliminary or permanent injunctive relief, specific performance, and consequential, compensatory damages or emergency relief.

· The parties expressly agree that the arbitrator may issue a Stay Of Proceedings to stay the above mentioned Juvenile court trial or hearing concerning the claimant's child. County of Orange Social Services Agency agrees to fully abide by that Stay of Proceedings until the arbitration is completed.

· The parties expressly agree that the claimant may issue a Stay Of Proceedings to stay the above mentioned Juvenile court trial or hearing concerning the claimant's child/ren. The County of Orange Social Services Agency to fully abide by that Stay

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 93 of 112    Page ID
#:93
Case 8:23-cv-00374-JWH-KES    Document 1    Filed 03/03/23    Page 29 of 91    Page ID #:29

of Proceedings until the arbitration is completed.

• The parties expressly agree that all interim reliefs, temporary restraining orders, preliminary or permanent injunctive reliefs, specific performances, consequential, compensatory damages or emergency reliefs are binding on all parties.

• The award of the arbitrators shall be accompanied by a reasoned opinion.

• The arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear.

• The parties agree that failure or refusal of a party to pay its required share of the deposits for arbitrator compensation or administrative charges shall constitute a waiver by that party to present evidence or cross-examine witness. In such event, the other party shall be required to present evidence and legal argument as the arbitrator(s) may require for the making of an award. Such waiver shall not allow for a default judgment against the non-paying party in the absence of evidence presented as provided for above.

• The parties agree that a NOTICE OF EMERGENCY ARBITRATION may be served by email and according to the rules of the arbitrator.

• The parties agree that if the agency is sent a NOTICE OF ARBITRATION or NOTICE OF EMERGENCY ARBITRATION, and the agency does not respond to it within the allotted time (10 days after receiving notice for non-emergency with certified mail and 24 hours after being emailed notice of emergency arbitration.) with intent to attend and payment of the administrative or arbitration fees, the agency gives up all rights to knowledge of date, time and place of the arbitration.

• The Claimant deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum that the Claimant deems appropriate.

• That the arbitration process is binding on all parties and is the sole and exclusive remedy for redressing any issue associated with this agreement other than one of the parties to the contract suing the other party for breach of contract.

• T hat the arbitrator is permitted and allowed to adjust the arbitration award up to four (4) times the original values associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

• If the respondent(s) have acted as if the contract is quasi13 or otherwise and does not place a binding obligation upon their persons, upon their organizations, upon their institutions, upon their job qualifications, and breaching that obligation breaches the contract, for which they cannot address due to the direct conflict of interest, It is as a result of that conflict of interest that binding arbitration shall be instituted.

• Respondent agrees that any final award or emergency award may not be vacated, modified, or corrected in the Juvenile court.

• Any final and binding arbitration award may be confirmed at any competent court under original jurisdiction, in accordance with the general principles of non-statutory or non-judicial Arbitration. This competent court can include the Claimant's own Private Side, Court of Record.

• Respondent also agrees that the Claimant may take this contract to any competent court under original jurisdiction because


• of the respondents breach of contract to have this contract enforced without arbitration. This competent court can include the Claimant's own Private Side, Court of Record.

• This agreement will be governed, construed, reviewed and interpreted in accordance with the Common Law.

• That the arbitrator is prohibited from considering and/or relying on statutory law.

• This agreement will be arbitrated under the rules of the Arbitrator and not statutory law.

• That any determination by the arbitrator is binding upon all parties, and that all parties agree to abide by the decision of the arbitrator, that the arbitrator is to render a decision based upon the facts and conclusions as presented within the terms and conditions of the contract.

• Any default of contract by any party must be supported by proof and evidence of said default, that default shall serve as tacit acquiescence on behalf of the party who defaulted as having agreed to the terms and conditions associated with the self-executing binding irrevocable contract coupled with interests.

RESPONDENT WILL BE HELD LIBEL FOR OTHER DAMAGES

• Further, Respondent agrees the Claimant can secure damages via financial lien on assets, properties held by them or on their behalf for ALL injuries sustained and inflicted upon the Claimant or their child/ren for the moral wrongs committed against the Claimant or their child/ren as set, established, agreed and consented to herein by the parties hereto, to include but not limited to: constitutional impermissible misapplication of statute(s)/law(s) in the above referenced alleged Civil Cause; fraud, kidnapping, conspiracy (two or more involved); trespass of title, property, and the like; and, ALL other known and unknown trespasses and moral wrongs committed through ultra vires act(s) of ALL involved herein; whether by commission or omission.

• Final amount of damages to be calculated prior to submission of Tort Claim and/or the filing of lien and the perfection of a security interest via a Uniform Commercial Code financing 1 Statement; estimated in excess of TEN (10) Million dollars (USD- or other lawful money or currency generally accepted with or by the financial markets in America), and notice to Respondent('s) by invoice. Per Respondent('s) failure and or refusal to provide the requested and necessary Proof of Claims and thereby; and therein consenting and agreeing to ALL the facts set, established, and agreed upon between the parties hereto, shall constitute a self-executing binding irrevocable durable general power of attorney coupled with interests; this Conditional Acceptance for Value and counter offer/claim for Proof of Claim becomes the security agreement under commercial law whereby only the nondefaulting party becomes the secured party, the holder in due course, the creditor in and at commerce.

• That this presentment is to be construed contextually and not otherwise, and that if any portion and/or provision contained

within this presentment, this self-executing binding, irrevocable, contractual agreement coupled with interests, is deemed non-binding it shall in no way affect any other portion of this presentment.

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 95 of 112    Page ID
#:95
Case 8:23-cv-00374-JWH-KES   Document 1   Filed 03/03/23   Page 31 of 91   Page ID #:31

NOTICE
• NOTICE: In this Conditional Acceptance for Value and counter offer/claim for Proof of Claim(a) the words "include,"
"includes," and "including," are not limiting; (b) the word "all" includes "any" and the word "any" includes "all"; (c) the word "or"
is not exclusive except when used in conjunction with the word "and"; as in, "and/or"; and (d) words and terms (i) in the
singular number include the plural, and in the plural, the singular; (ii) in the masculine gender include both feminine and
neuter.
• NOTICE: This presentment shall constitute a CLAIM against the assets of your institution and is valid upon your failure to
comply with the requirement of this agreement and to VALIDATE NOT VERIFY THE COMPREHENSIVE ACCOUNTING!
• NOTICE: All titles/names/appellations of corporate Government juridical constructs, and branches, departments, agencies,
bureaus, offices, sub-whatever's, and the like thereof, include any and all derivatives and variations in the spelling of said
titles/names/appellations.
• NOTICE: Any and all attempts at providing the requested and necessary Proof of Claims raised herein above; and, to
address any and all questions and concerns to the Claimant in any manner other than that provided for herein will be deemed
non-responsive.
• NOTICE: The Claimant extends to the Respondent(s) the Claimant's appreciations and thanks for Respondent's(s) prompt
attention, response, production of above Proof(s) of Claim and assistance in this/these matter(s). This presentment is not to
be construed as an acceptance and/or application and/or subscription and/or request for license, admittance to any
jurisdiction quasi-or otherwise. But shall remain as a direct objection to any and all claims to the contrary.
• I promise that if the County of Orange Social Services Agency does answer the PROOF OF CLAIMS in this
affidavit/Contract according to the stipulations in this proposed contract, within the 72 hour stipulation, I WILL NOT hold the
agency obligated to the stipulations of this conditional contract.
• I promise that if the County of Orange Social Services Agency does not answer the PROOF OF CLAIM in this
affidavit/Contract according to the stipulations in this proposed contract, within the 72 hour stipulation, and thereby becomes
in breach of contract, I will charge the agency $10,000 USD per/day until all the stipulations in this contract have been fulfilled.
• Notice: Because of the fact that I wrote what is on my mind down in this contract, and because you as a representative of
the agency read it, we now have a MEETING OF THE MINDS. Your choice of what you do next in the first 72 hours after
receiving this contract will show your CONDUCT (action or no action) and what is on the agencies mind.
• All parties to this contract intend to be legally bound; in which constitutes consideration of this contract.


You may contact me in the below methods with your Proof of Claims, to arrange the return of what you have taken from me
and/or send your payments to:
Tin Quoc Phan
16537 Yucca Circle
Fountain Valley, Ca 92708
714-317-8209
lel909056@gmail.com


Verification
I hereby declare, certify and state, pursuant to the penalty of perjury under the laws of the United States of America, and by
the provisions of 28 USC § 1746 that all of the above and foregoing representations are true and correct to the best of my
knowledge, information and belief.
Executed in City of Fountain Valley, California on this 24th day of May, 2021

Tin Quoc Phan

THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES.
There is no signature needed on this contract from the respondent. Only your action or non-action is needed. (See stipulation
#31)

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 96 of 112    Page ID
Case 8:23-cv-00374-JWH-KES    Document 1    Filed 03/03/23    Page 32 of 91    Page ID #:32
#:96

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**                    GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____              _____
*Signature of Document Signer No. 1*            *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Orange

Subscribed and sworn to (or affirmed) before me

on this 07th day of June , 20 21
        *Date*          *Month*        *Year*

by

(1) Loretta Armijo

(and (2) _____ ),
                    *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

DIANE SMITH
Notary Public - California
Orange County
Commission # 2214347
My Comm. Expires Oct 13, 2021

Signature _____
                    *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

───────────── OPTIONAL ─────────────

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: "Proof of Claim"

Document Date: Jun 07th 2021          Number of Pages: one

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 98 of 112    Page ID
#:98
Case 8:23-cv-00374-JWH-KES    Document 1    Filed 03/03/23    Page 12 of 91    Page ID #:12

FL-330

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400,17406 (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|

Tin Quoc Phan
16537 Yucca Circle
Fountain Valley Ct 92708

TELEPHONE NO.:                FAX NO.:
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS:  Private side
MAILING ADDRESS:
CITY AND ZIP CODE:  Court of Record
BRANCH NAME:

PETITIONER/PLAINTIFF:  Tin Quoc Phan

RESPONDENT/DEFENDANT:  County of Orange

OTHER PARENT  Social Services Agency

**PROOF OF PERSONAL SERVICE**

CASE NUMBER:
21DP0344 - 911

1. I am at least 18 years old, not a party to this action, and not a protected person listed in any of the orders.
2. Person served (name): Receptionist
3. I served copies of the following documents (specify):

Notice of default

REGARD: Juvenile Case
21DP0344-911
"MIA VICTORIA PHAN"

4. By personally delivering copies to the person served, as follows:
   a. Date:  June 4 2021          b. Time:  3:50 pm
   c. Address:  800 B.N. Elkhoff Street
      Orange, Calif. 92808

5. I am
   a. ☑ not a registered California process server.
   b. ☐ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Bus. & Prof. Code section 22350(b).
   e. ☐ a California sheriff or marshal.

6. My name, address, and telephone number, and, if applicable, county of registration and number (specify):
   Loretta Armijo
   21621 Hawkst. Lane          714-477-3371
   H.B. Ct 92646

7. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
8. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date  6-4-21

Loretta Armijo
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)
6-7-21

► Loretta Armijo
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Please see attached
California Jurat with
affiant statement

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-330 [Rev. January 1, 2003]

**PROOF OF PERSONAL SERVICE**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**                    GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____          _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Orange_

Subscribed and sworn to (or affirmed) before me

on this 07th day of June , 2021

by _____
    Date      Month      Year

(1) _Loretta Armijo_

(and (2) _____ ),
                Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

Signature _____
             Signature of Notary Public

DIANE SMITH
Notary Public - California
Orange County
Commission # 2214347
My Comm. Expires Oct 13, 2021

_Place Notary Seal and/or Stamp Above_

---

**———— OPTIONAL ————**

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Notice of Default_

Document Date: _June 07th 2021_          Number of Pages: _One_

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

**OFFICIAL NOTICE OF <u>CLAIM OF BREACH OF CONTRACT</u>
AND <u>NOTICE OF ARBITRATION</u>**

TIME SENSITIVE

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE,**

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

**To the Holder in Due Course and/or agent and/or representative,**

**Attention:** COUNTY OF ORANGE SOCIAL SERVICES AGENCY

**You breached our contact on (Date)** JUNE 2ND 2021

I, _____ TIN QUOC PHAN _____, am informing you that I am
invoking my right to arbitration as per our contract.

**You have acquiesced and therefore have agreed to the terms of the contract and the
arbitration. This agreement has been subsequently ratified by your acquiescence.**[1]

You have agreed to the stipulations of this attached AFFIDAVIT OF SHOW OF CAUSE
PROOF OF CLAIM DEMAND AND CONTRACT, Contract
# 21 DP 0344 -911 _____ because you did not responded to the
SHOW CAUSE within the 72-hour stipulation.

I met all the legal requirements of serving you with a third-party-witness and have kept
strict records.

Through your acquiescence, the agency has agreed to the following terms;
  1. Withdraw and Discharge the case with prejudice.
  2. Remove the undersigned's name from the Central Registry.
  3. Return my child/ren to me

  4. You agreed to **pay $10,000 USD per/day** to the undersigned until the Agency
     withdrew/dismissed the juvenile case mentioned in our contract with prejudice
     and removed the undersigned's name from the Central Registry AND returned
     their child/ren.

Please note that you were also to show verifiable proof of your compliance with the said
terms in the contract.

---

[1]See, e.g., Joy v. Ditto, Inc., 356 Ill, 348, 190 N.E. 671 (1934)

You have not fulfilled ANY of what you have agreed to, therefore, I claim you are in BREACH OF CONTRACT of the above agreed upon stipulations.

I have chosen to have this arbitrated at Online Contract Arbitration.
The administrator at https://onlinecontractarbitration.com will contact you soon.
You may email them at contact@onlinecontactarbitration.com

You may contact me directly to settle this outside of arbitration in compliance to the contract terms at:

Your Name  TIM QUOC PHAN
Your Address  16537 YUCCA CIRCLE FOUNTAIN VALLEY CA 92708
Your phone Nu  714 317 8209
Your email  LEL909056@GMAIL.COM

Sincerely  Tim Que Phan
Your name

JUNE 7TH 2021

Please see attached
California Jurat with
affiant statement

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 102 of 112   Page
ID #:102
Case 8:23-cv-00374-JWH-KES   Document 1   Filed 03/03/23   Page 16 of 91   Page ID #:16

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

## Notary as **JURAT CERTIFICATE**

CALIPORNIA ___ State        }
ORANGE ___ County           }

On (Date) JUNE 7TH 2021, before me, Tony Quocablan personally appeared, **who
swore an oath** and proved to me on the basis of satisfactory evidence to be the person
whose name is subscribed to the within instrument and acknowledged to me that they
executed the same in their authorized capacity, and that by their autograph(s) on the
instrument the person executed, the instrument.
I certify under PENALTY OF PERJURY under the lawful laws of  Name of your State
State and that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature of Notary / Jurat  _____

seal

JAMES NORRIS
Notary Public - California
Orange County
Commission # 2244389
My Comm. Expires May 28, 2022

NOTICE TO AGENT IS NOTICE TO PRINCIPAL – NOTICE TO PRINCIPAL IS NOTICE TO AGENT

CERTIFICATION OF NON-RESPONSE / NON-PERFORMANCE PRESENTMENT AND CONSENT TO JUDGMENT

Be it known, that, the person signing below, at the request of Tin Quoc Phan, hereinafter "Principal" In care of Tin Quoc Phan
16537 Yucca Circle
Fountain Valley, California 92708

1. did duly present on May 26th, 2021 the attached AFFIDAVIT OF NOTICE OF FACTS AND CONTRACT dated May 24, 2021 using:

Personal Service: delivered to

2. County of Orange Social Services Agency
800 North Eckhoff
Orange, California 92868

~~331 The City Drive,~~
~~Orange, California 92868~~

3. This affidavit was signed by Tin Quoc Phan requesting that County of Orange Social Services Agency rebut the affidavit within 72 hours of receiving it or agree to the contract by acquiescence.

4. The time limit of 72 hours, having elapsed for rebuttal thereof, which was authenticated by non-response/non-performance; and;

5. The undersigned, swears that on June 4th 2021. NOTICE OF DEFAULT was delivered to the Respondent's address of:
800 North Eckhoff Street
Orange, California 92868
Personally served at the corresponding addresses noted above

6. Respondent's failure to sufficiently respond or timely honor the Presentment AFFIDAVIT OF NOTICE OF FACTS AND CONTRACT, by the terms of the

1 Presentment, constitutes Respondent's acceptance, agreement, and approval of the contained therein.

7. As of June 7th 2021, neither the Principal nor the Third-party-witness, have received sufficient response to the Presentment, thereby placing the Respondent at fault, as evidenced by the "CERTIFICATE OF NONRESPONSE" dated June 7th 2021a record of which is attached.

8. Respondent has defaulted.

9. As an operation of law, Respondent by dishonor of the Presentment and the Fault notice has created a default.

10. For the Respondent's failure to honor the Presentment and Fault Notice places the Respondent in default. For the course of dealing set forth herein, with the Respondent failure, refusal, or neglect in the presentment of a verified response to the Presentment and Fault Notice, constitutes the Respondents failure to perform in good faith and the Respondent's acquiescence and tacit agreement with all terms, conditions and stipulations set forth with this Notice of Default In Dishonor (Consent to Judgment), Presentment, and Fault Notice. Therefore this matter is deemed res judicata and stare decisis.

Commercial Affidavit Oath and Verification

State of California

sworn and subscribed

I, Tin Quoc Phan Authorized Loretta Armijo Third-party Representative, Natural Person in Propria Persona: All Rights Reserved: U.C.C 1-207/1-308; U.C.C. 1-103, under my unlimited liability and Commercial Oath, Proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law. Witness my hand and seal.

Date June 07, 2021 _____ Tin Q Phan _____

Person in Propria Persona; Ex Relatione All Rights

Reserved; U.C.C 1-207/1-308; U.C.C. 1-103

(seal)

2 A notary public or other officer completing this certificate Notary verifies only as the JURAT identity of the individual who signed the CERTIFICATE

document to which this certificate is attached, and not the _____ truthfulness, accuracy, State or validity of that document. }

Orange County
California

Notary 1 as JURAT CERTIFICATE

California State Orange County

} }

**Please see attached California Jurat with affiant statement**

On June 07 before me, Tin Quoc Phan personally appeared, who swore an oath and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their autograph(s) on the instrument the person executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Name of your State State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary / Jurat _____

seal

1

LEGAL NOTICE: The Certifying Notary is an independent contractor and not a party to this claim. In fact, the Certifying Notary is a Federal Witness Pursuant to TITLE 18. PART 1, CHAPTER 73, SEC 1512. Tampering with a witness, victim, or informant. The Certifying Notary also performs the functions of a quasi-postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law." which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

LEGAL NOTICE: The Certifying Notary is an independent contractor and not a party to this claim. In fact, the Certifying Notary is a Federal Witness Pursuant to TITLE 18. PART 1, CHAPTER 73, SEC 1512. Tampering with a witness, victim, or informant. The Certifying Notary also performs the functions of a quasi-postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law." which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

**CALIFORNIA JURAT**                    GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ORANGE_____

Subscribed and sworn to (or affirmed) before me on

this _7TH_ day of ___JUNE_____, 20_2_, by
   *Date*      *Month*      *Year*

(1) ___TIN  Q.  PHAN_____

(and (2) _____ ),
               *Name(s) of Signer(s)*

**JAMES NORRIS**
Notary Public - California
Orange County
Commission # 2244389
My Comm. Expires May 28, 2022

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

**Signature of Notary Public**

*Place Notary Seal and/or Stamp Above*

──────────────── **OPTIONAL** ────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ___CERTIFICATION  OF  NON- RESPONSE___

Document Date: ___6/7/21_____     Number of Pages: ___2___

Signer(s) Other Than Named Above: _____NONE_____

©2019 National Notary Association

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 106 of 112    Page
Case 8:23-cv-00374-JWH-KES    Document 1    Filed 03/03/23    Page 20 of 91    Page ID #:20
ID #:106

Notary as JURAT CERTIFICATE

___CALIFORNIA___ State }

___ORANGE___ County }

On___5/26/21_____ date before me, Your full name, personally appeared,
who swore an oath and proved to me on the basis of satisfactory evidence to be the person
whose name is subscribed to the within instrument and acknowledged to me that they executed
the same in their authorized capacity, and that by their autograph(s) on the instrument the
person executed, the instrument.
I certify under PENALTY OF PERJURY under the lawful laws of Name of your State State and
that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature of Notary / Jurat

seal

AARON TYLER HOANG
Notary Public - California
Orange County
Commission # 2354703
My Comm. Expires Apr 17, 2025

Instructions for AFFIDAVIT OF SHOW OF CAUSE PROOF OF CLAIM DEMAND AND
CONTRACT

Attention:
• Take this affidavit to a notary public and get it notarized first.
• Then Copy one to send to the agency.
• Make another copy of the notarized one to give to a higher court later.
• While you are at it, you will need a pdf of the notarized one to give to an arbitrator.
• Make sure to file your original away.

Next, you will get your friend (not a blood relative) to deliver it in person or send this affidavit out
using registered mail. (Do not send this instruction page with the affidavit.)
1:
Private Attorney. Attornatus Privatus, latin - in your own court, also the sovereign, and also in the
capacity of private attorney representing the court. the court represents the court, the sovereign
and the suit of the sovereign.The practice of Law can not be licensed by any state/State....(a) A
State cannot exclude a person from the practice of law or from any other occupation in a manner
or for reasons that contravene the Due Process Clause of the Fourteenth Amendment. Pp. 353
U. S. 238-239. [Schware v. Board of Examiners, 353 U.S. 238, 239], The practice of Law is an
occupation of common right! [Sims v. Aherns, 271 S.W. 720 (1925)]
2:
COURTS OF RECORD Those whose acts and judicial proceedings are enrolled, or recorded,
for a perpetual memory and testimony, and which have power to fine or imprison for contempt.
Error lies to their judgments, and they generally possess a seal.
3:
An affidavit uncontested unrebutted unanswered stands as truth. - United States v. Kis, 658 F.2d
526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982.
4:
A contract is a legally binding agreement which recognizes and governs the rights and duties of
the parties to the agreement. A contract is legally enforceable because it meets the requirements
and approval of the law.
5:
Blacks law 4th Edition – KIDNAPPING: carrying away person from his place of residence,
forcibly or fraudulently. Ex parte Kelsey, 19 N.J.Misc. 488, 21 A.2d 676, 678

Case 8:23-cv-01609-JWH-KES    Document 1    Filed 08/25/23    Page 107 of 112    Page
Case 8:23-cv-00374-JWH-KES    Document 1    Filed 03/03/23    Page 21 of 91    Page ID #:21
ID #:107

6:

NISI PRIUS: is a Latin term (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.; Black's 5th "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects.; Blacks 4th - A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

7:

DE FACTO: In fact, indeed, actually. This phrase is used to characterize an officer, a government, a past action, or a state of affairs which must be accepted for all practical purposes, but is illegal or illegitimate. In this sense it is the contrary of de jure, which means rightful, legitimate, just, or constitutional. Thus, an officer, king, or government de facto is one who is in actual possession of the office or supreme power, but by usurpation, or without lawful title; while an officer, king, or governor de jure is one who has just claim and rightful title to the office or power, but has never had plenary possession of it, or is not in actual possession. 4 Bl.Comm. 77, 78. MacLeod v. United States, 229 U.S. 416, 33 S.Ct. 955, 57 L.Ed. 1260; Wheatley v. Consolidated Lumber Co., 167 Cal. 441, 139 P. 1057, 1059.

8:

QUASI: Lat. As if; almost as it were; analogous to. This term is used in legal phraseology to indicate that one subject resembles another, with which it is compared, in certain characteristics, but that there are intrinsic and material differences between them. Bicknell v. ,Garrett, 1 Wash.2d 564, 96 P.2d 592, 595, 126 A.L.R. 258; Cannon v. Miller, 22 Wash.2d 227, 155 P.2d 500, 503, 507, 157 A.L.R. 530. Marker v. State, 25 Ala.App. 91, 142 So. 105, 106. It is often prefixed to English words, implying mere appearance or want of reality. State v. Jeffrey, 188 Minn. 476, 247 N.W. 692, 693.

9:

AT LAW. [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.; ALL CASES AT LAW. [Black's Law 4th] Within constitutional guaranty of jury trial, refers to common law ac-tions as distinguished from causes in equity and certain other proceedings. Breimhorst v. Beck-man, 227 Minn. 409, 35 N.W.2d 719, 734. According to law; by, for, or in law; particularly in distinction from that which is done in or according to equity; or in titles such as sergeant at law, barrister at law, attorney or counsellor at law. Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208.

10:

Blacks law 4th Edition – KIDNAPPING: carrying away person from his place of residence, forcibly or fraudulently. Ex parte Kelsey, 19 N.J.Misc. 488, 21 A.2d 676, 678

11:

Verify: To make certain, to substantiate, or to confirm by formal oath, affirmation, or Affidavit.

12:

ACQUIESCENCE, contracts. The consent which is impliedly given by one or both parties, to a proposition, a clause, a condition, a judgment, or to any act whatever. The tacit approval of conduct that might otherwise have provided grounds for an action but which cannot be objected to if undertaken with the consent of the party affected. Consent may be express or implied, and one circumstance where consent may be implied is where the party affected, in full knowledge of his rights, takes no action.

13:

A Quasi Contract is an obligation invoked by law in the absence of an agreement. Its purpose is to create a legal duty where, in fact, no promise or agreement was entered into by the parties. When an Administra

Page 1 of 2

contact@onlinecontractarbitration.com

From:     "Claudia.trigo@ssa.ocgov.com" <contact@onlinecontractarbitration.com r-
          dscdhhbtqage ReadNotify.com>
Date:     Tuesday, June 15, 2021 12:07 AM
To:       <contact@onlinecontractarbitration.com>
Attach:   MDNPart2.txt; MDNPart3.txt
Subject:  Read Notification: Official Notice of Emergency Arbitration - Tin Phan

To    Claudia@ssa.ocgov.com
From  contact@onlinecontractarbitration.com
Subject  Official Notice of Emergency Arbitration - Tin Phan
Sent on  14-Jun-21 at 14 17 48pm 'PST#PDT' time
1st Open  14-Jun-21 at 14:23:04pm -7:00                (86%) Cheyenne, Wyoming, United States

Tracking Details

**Opened**
Reader Confirmed 14-Jun-21 at 14.23.04pm (UTC -7:00)  -  5mins18secs after sending
      Location:Cheyenne, Wyoming, United States (86% likelihood)
      Opened on:(40_94_29_130-49874)
      Language of recipient's PC: en-US (English/United States) en_q=0 9 (English)
      Browser:used by recipient: Mozi/5 0 (WinNT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
      /Chrome/79.0.3945 130 Safari/537 36
      Accepts:Files browser can open:
      text/html ap/html+xml ap/xml,q=0 9,*/avif /webp,/apng,*/*;q=0.8 ap/signed-exchange;v=b3 q=0 9
      Confirmed Reader clicked on your chosen banner at 14-Jun-21 at 14.23 04pm (UTC -7:00)

**Re-Opened**
Acknowledged (MDN) 14-Jun-21 at 22.05.58pm (UTC -7:00)  -  7hours47mins22secs after sending
      Location:Des Moines, Iowa, United States (86% likelihood)
      Opened on:ec2-52-48-46-48.eu-west-1.compute.amazonaws com.(40.107_81.68.25)

**Summary**  -  as at 15-Jun-21 at 00:07:28am (UTC -7:00)  -  9hours49mins43secs after sending
Total/Opened 2 times by 1 reader

**Click here** for up-to-data (live) tracking information. This confirmation was produced and sent at 15-Jun-21 at
07.07 28am (UTC -7 00) (15-Jun-21 07 07 28 GMT) courtesy of http //www.ReadNotify.com with times converted to 'PST#PDT' time, and
refers to an original email of sender reference ID <4A0C50EBD1264ACAAFDF15767125528 F@OlenoPC> and ReadNotify.com reference
efab0efd17E77baa8248a5ea80b72c and acknowledges both that the message was displayed and was 'also also of understood (your
recipient clicked on your chosen banner on the recipient's machine. You can change your settings (including turning off these email read
notifications  or getting them instead by ICQ, SMS  or Paper) from the ReadNotify_web_site

ReadNotify.com E-mail Proof-of-Opening-Time Digital Certificate.  On Tue, 15 Jun 2021
07.07.29 GMT the tracked e-mail referenced above was recorded as opened. This certificate,
sequence number #382465900  irrevocably links the above tracking references with the date and time they
were recorded. The following signature is now published online, to view it, verify it, or for more
information, please visit www.ReadNotify.com

-----BEGIN PGP SIGNATURE-----
Comment: Certificate #382465900 - sequence 2 - Proof-of-Opening-Time

6.18/2021

Page 2 of 2

Last log [No more activity after 14-Jun-21 at 14:29:32pm (UTC -7:00)  -  Log data indicates email was read for at least 1min16secs (approx.)

**Forwarded/opened on different computer**
Opened 17-Jun-21 at 18:11:28pm (UTC -7:00)  -  3days4hours53mins39secs after sending
Location Los Angeles, California, United States (80% likelihood)
Opened on (104, 129, 198, 224; 51257)
Browser/used by recipient: Mozi/4.0 (ms-office; MSOffice mg)

**Summary  -  as at 17-Jun-21 at 21:13:50pm (UTC -7:00)  -  3days6hours58m/ns1sec after sending**
Total Opened 4 times by 4 readers
Reader #1 Opened 1 time for 8mins total
Reader #2 Opened 1 time for 42secs total
Reader #3 Opened 1 time for 1min16secs total
Reader #4 Opened 1 time

**Click here** for up-to-date (live) tracking information. This confirmation was produced and sent at 17-Jun-21 at 21:13:50pm (UTC -7:00) (18-Jun-21 04:13:50 GMT) courtesy of http://www.ReadNotify.com with times converted to 'PSTSPDT' time; and refers to an original email of sender reference ID <4A0C9DEBC1264A0AAFDF1579710550E7@DavidPC> and ReadNotify.com reference c3ff22435fe4c52633962386e76352f and acknowledges both that the message was displayed, and was read and/or understood (your recipient clicked on your shown banner) on the recipient's machine. You can change your settings (including turning off these email read notifications, or getting them instead by ICQ, SMS, or Pager) from the ReadNotify web site.

[ReadNotify logo] ReadNotify.com E-mail Proof-of-Opening-Time Digital Certificate.   On Fri, 18 Jun 2021 04:13:50 GMT the tracked e-mail referenced above was recorded as opened. This certificate, sequence number #38255752, irrevocably links the above tracking references with the date and time they were recorded. The following signature is now published online; to view it, verify it, or for more information, please visit www.ReadNotify.com.

```
-----BEGIN PGP SIGNATURE-----
Comment: Certificate #38255752, created Fri. 18 Jun 2021 04:13:50 GMT

iQEsBAABCAAdFiEEDpWB4/AT3hP/meUSBg6AkSbtkjWfAsDWGi4ACzkOPq6kW5Rt
RjGETvf/dci7tYhShJAoaqiSq9CBEd2j6EzhR55hQKXy+EnUwbk-aHX7hllzrv+7
pSz1FYhrNSyet-et/6t2KYH-LhGiSIxFzihvu7ve9v3J3FSYxeFyzaOKnGGz4v+e
6zI86EchMFBHLYQ4++bNmpfZdi+GYtV3jQqPCuIEppJx3h6uhQLZLnsnIVzt+3GY
e4VDOzpGqb9C4IJzfybzmXYIRGfZsQ0i+cbNiSlQMLossmRKzsX+03nLqtTVdyxe0Vq
otPNFAzhGwGnLADPVpp9ZT4Iv/5kbtwhqlAhqjOAHhCCDcJhs+BXbRsuDLMRrUbJCL
hGvr4PznI0TLsfNUHli+ziLhdG2tk3y--
-ese0
-----END PGP SIGNATURE-----
```

---

Return-Path: contact@onlinecontractarbitration.com
From: contact@onlinecontractarbitration.com
Message-ID: <4A0C9DEBD1264A0AAFDF1579710550E7@DavidPC>
To: Debra.Baetz@ssa.ocgov.com
Subject: Official Notice of Emergency Arbitration - Tin Phan
Date: 14-Jun-21 at 21:17:49pm GMT'
References: <4A0C9DEBD1264A0AAFDF1579710550E7@DavidPC>
Mime-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 8bit

6/18/2021



**Anger Masters**

# Certificate of Completion

This document certifies that the person named below has completed a

## 4-Hour Anger Management Course

**tin phan**

16537 yucca circle, fountain valley, California, 92708
Date of Birth: 06 22 1975
Date of Course Completion: January 15 2022
Certificate Number 5610



*Rad Boner*

Mr. Radostin Boner
Course Instructor
Certified Anger Management Specialist, CAMS I
866-301-3638 | instructor@angermasters.com

**COMPLETED**

From: Peggy Oppehahi peggyoppedahi@cox.net
Subject:
Date: January 25, 2022 at 1:04 PM
To: Peggy Oppedahl peggyoppedahl@cox.net



11:53



# Certificate of Completion

This document certifies that the person named below has completed a
**4-Hour Parenting Class**

### Tin phan

16537 yucca circle, fountain valley, California, 92708
Date of Birth: 06/22/1975
Date of Course Completion: January 5 2022
Certificate Number: 1321

**Online Parenting Center**

*Rad Boner*
Mr. Radostin Bonev
Course Instructor
Certified Parent Instructor (NatPla.com)
866-301-3638 | instructor@angermasters.com



Mia Victoria Phan

21DP0344

I HAVE onLY Not
Shown   1   TiME
But the next DAY I
tested.                →

IT Shows || noshows
which is equal to
|| DiRty test

| | |
|---|---|
| December 10, 2021 | No Show |
| December 31, 2021 | No Show |
| January 18, 2022 | No Show |
| January 22, 2022 | No Show |
| February 01, 2022 | No Show |
| February 05, 2022 | No Show |
| February 09, 2022 | No Show |
| February 14, 2022 | No Show |
| February 26, 2022 | No Show |
| March 12, 2022 | No Show |
| March 14, 2022 | No Show |

On the dates listed below the father had negative test results.

ALL clean RANDom Test

20 clean test →
Zero DiRty

| | |
|---|---|
| December 15, 2021 | Negative |
| December 16, 2021 | Negative |
| December 20, 2021 | Negative |
| December 23, 2021 | Negative |
| December 27, 2021 | Negative |
| December 28, 2021 | Negative |
| January 07, 2022 | Negative |
| January 10, 2022 | Negative |
| January 15, 2022 | Negative |
| January 19, 2022 | Negative |
| January 25, 2022 | Negative |
| February 04, 2022 | Negative |
| February 22, 2022 | Negative |
| February 25, 2022 | Negative |
| March 09, 2022 | Negative |
| March 11, 2022 | Negative |

On the date listed below, the father had a positive test for methamphetamine.

→    A lie

| | |
|---|---|
| January 27, 2022 | Positive-Methamphetamine |

SSW Ruano has attempted to talk to the father on several occasions about his positive test result.
However, the father becomes hostile and has accused the Agency of manipulating the test results. The
father has not taken accountability for his positive result and continues to state that he is not using
any substance.

They Show 19 clean test .
12 DiRty or No Show — LiE

366.26 WIC Report
03/28/2022

Page 6